United States Bankruptcy Court for the:

Eastern District of Virginia

Case number (*If known*): _____  Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
American Aviation Manassas, LLC

2. **All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as* names  
American Aviation Services, LLC

3. **Debtor's federal Employer Identification Number** (EIN)  
20-8344281

4. **Debtor's address**

   **Principal place of business**  
   10503 Wakeman Drive  
   Number    Street

   Manassas    VA    20110  
   City    State    ZIP Code

   Prince William County  
   County

   **Mailing address, if different from principal place of business**  
   _____  
   Number    Street

   _____  
   P.O. Box

   _____  
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**  
   _____  
   Number    Street

   _____

   _____  
   City    State    ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor __American Aviation Manassas, LLC_____   Case number (*if known*)_____
       *Name*

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>611512 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11. *Check **all** that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                  MM / DD / YYYY<br>             District _____ When _____ Case number _____<br>                                  MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>       District _____ When _____<br>                                                     MM / DD / YYYY<br>       Case number, if known _____ |

Debtor  American Aviation Manassas, LLC   Case number *(if known)*_____
       Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number     Street

_____
City                                State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49           ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99          ☐ 5,001-10,000     ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000    ☐ More than 100,000
☑ 200-999

**15. Estimated assets**

☑ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor __American Aviation Manassas, LLC__   Case number (*if known*)_____
       Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/06/2024__
             MM / DD / YYYY

✖ __/s/ Kevin C. Rychlik__                       __Kevin C. Rychlik__
Signature of authorized representative of debtor    Printed name

Title __Owner__

**18. Signature of attorney**

✖ __/s/ Timothy McGary__                     Date __08/06/2024__
Signature of attorney for debtor                          MM / DD / YYYY

__Timothy McGary__
Printed name
__Timothy  J. McGary__
Firm name
__8609 Westwood Center Drive Suite 203__
Number       Street
__Vienna__                                    __VA__        __22182__
City                                          State         ZIP Code

__703.636.7107__                              __tjm@mcgary.com__
Contact phone                                 Email address

__21208__                                     __VA__
Bar number                                    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

Aaron Butters
2985 District Ave
Apt #454

Aastha Patel
7445 Sandy Bottom Ct

Adam Gurson
15091 Stillfield Pl

Adam Sanfacon
5870 Iron Stone Ct.

Adam Yingling
9422 Goshen Lane

Adrian Polinski
1309 Forty Oaks Dr

Akshay Belle
24857 Mason Dale Ter

Alan Zhang

Alec Frye
5361 Fishers hill Way

Alejandro Pamparatto
3956 Valley Ridge Dr

Alex Greenlee
5401 Wycklow Ct

Alexander Gallant
7036 Hepworth Dr

Alexander Garnet
2671 Avalon Ct

Alexandra West
3705 Krysia Ct

Ali Hashmi
20495 Cherrystone Pl

Ali Hashmi
20495 Cherrystone Pl

Ali Mehsen
13621 Jacks Dr

Andrew Baltrinic

Andrew Garver
12115 Wedgeway Ct

Andrew McLean
1113 R St NW

Andrew Pitale
10707 Ox Croft Court

Andrew Sines
146 Northampton Blvd.

Andy Weeden
17119 Belle Isle Dr.

Anna Downing
5980 Waterflow Ct

Annamarie penning
13955 Mansarde Ave

Anthony Ferrari
8780  Brook Estates Ct

Anthony Gonzalez
3424 Flint Hill Pl.

Anusha Ganji
2105 Highcourt
Herndon, NV 20170

APP Jet Center
9998 Wakeman Dr
Manassas , VA 20110

Arthur Womble
3273 Eagle Ridge Dr

Atty: James P. Campbell, Esq, Campbell Flanne
1602 Village Market Blvd Suite
Ste 225

Barbera, Charles
10159 Broadsword Dr

Barret White
5490 Middlebourne Lane

BDR Avanti Finance
4826 Piney Branch Rd
Suite 200
Fairfax, VA 22030

Ben Nickell
100 Fort Pickens Rd.

Brett Estes
8659 Ruby Rise Pl

Brett Lorenz
23633 Waterford Downs Terr

Brian Harrington
831 Duke St.

Brian Purdy
4737 SW 57th Drive

Brooke Bedell
203 Yoakum PKWY
1101

Bryce Martin
2068 Whisperwood Glen Ln

Business Ventures Management, LLC c/o Gross,
3975 University Drive
Suite 410
Fairfax, VA 22030

C T Corporation System
330 N Brand Blvd
Suite 700
Glendale, CA 91203

Caleb Weaver
2357 Huntington Station Ct

Calvin Huynh-nguyen
12831 Poplar Creek Dr

Caplin & Drysdale
One Thomas Circle NW
Ste 1100
Washington, DC 20005

Carl Kreisel
3160 Plantation Pkwy

Carolyn Zatloukal
26069 Grazing Ct

Carrie Walters
5901 Quintana Ct.
Burke, NV 20155

Cayden Wilcox
9920 Fisner Ford Ct

Cesar Ulloa
14744 Truitt Farm Dr

Chad Prince
13320 Signal Tree Ln

Charles Bobbish
11051 Birdfoot Lane

Charles Kuhn, JK Moving
6511 MEGILLS CROSSING WAY

Charles Purcell
17055 Mountain Rd.

Charles Smith
15671 Spyglass Hill Loop

Chase Berz

Chekuri

Chris Baughman
9620 Allegro Dr.

Chris Cogar
2914 Ellenwood Dr

Chris Rowe
7902 Tysons One Place

Chris Single

Chris Trenkov
5520 Belle Pond Dr.

Chris Vasel
9285 Alvyn Lake Cir

Chris Watson
8513 Towne Manor Court

Christian Brielmier
24264 Zachary Taylor Hwy

Christian Recalde
16541 Sherwood Pl

Christopher Fazzalare
320 23rd St S

Christopher Kachouroff , Dominion Law Servic
3520 Finish line Dr

Christopher Salisbury
9137 Grant Ave

Christopher Tonsmeire
1628 Poplar Grove Drive

Cindy Lotz
16714 Misty Ridge Ln

Cintas Corp
P.O. Box 630803
Cincinnati, OH 45263

City of Manassas
10600 Harry J Parrish Blvd
2nd Floor

Clay Carter
8112 Kane Ct.

Clay Wilkins
104 Anthem Ave

Clay Wilkins
104 Anthem Ave

Clayton Percle
13101 Loth Lorian Dr

Cody Kennedy

Cody Vassar
3095 Washburn Rd.

Colin Caskey
6406 Lureta Ann Lane

Conner Crilly
1201 Half St SE

Conrad Tubbs
2979 Franklin Oaks Dr

Cooper Smith
9036 Lorton Station Blvd

Corey Kline
5742 Moonbeam

Corporation Service Company
PO Box 2576
Springfield, IL 62708

Craig Llewellyn
6011 Leewood Drive

Curt Kennedy
3844 Farrcroft Green

Curtis Smith
2083 Alder Ln

D. Kotambage
25098 Magnetite Ter.

Dan Converse

Dan Miller
5620 Arrowfield Terrace

Dan Paulson
2103 Kings Mill Ct

Daniel Baybayan
5742 Janneys Mill Cir

Daniel Denfinis
4137 Weeping Willow Ct

Daniel Smith
279 Carefree Lane

Danny Miller
12207 Woodlark Ct

Danny Poulsen
2103 Kings Mill Ct

Darius Sanders
101 Seth Dr

Darren Smith
311 Cutter Cove

David Fink
8129 Mount Vernon Hwy

David Gigrich
9202 Forest Greens Drive

David Leipnik, Gross, Mendelsohn & Associates
1801 Porter St

David Mills
7514 Edington Drive

David Rochez
467 Inca Rd.

David Tompkins
8101 Hawthorne Rd

David Wells
5990 Richmond HWY

Deeb Maalouf
10022 Crest Hill Road

Derek Hufty
6013 Sherburn Ln.

Derek Sandler
6572 Wellspring Ct

Devin Lynch
79 Potomac Ave SE

Devin Purifoy
8614 Braddock Ave

Dhelbi Pullen
1221 S Eads St.

Dhruva Poluru
13368 Arrowbrook Centre Dr

Don Kang
12829 Shadow Oak Ln

Don Shields
904 Hoptor Rd.

Donald D and Deborah L Harris
PO Box 129
Brandywine, WV 26802

Donald G Costello Trust c/o Sally Hostetler,
1775 Wiehle Ave
Reston, VA 20190

Donald O Hewitt
2051 Hillside Dr

Doug Bouton
7704 Cumbertree Ct

Doug Smith

Doug Yurovich

Drew Smith
8131 Corromar way

Dulles Aviation Inc
13141 Flynn Ct

Dylan Stephan
4723 Benjamin Cross Ct

EBCO Insurance
3070 Five Forks Trickum Rd

Ediriwanna Wimalkantha
4352 lee highway

Eka Renardi
24458 Juniper Wood Ter

Eric H. Norby c/o Woodburn Nuclear Medicine
3289 Woodburn Rd
Ste 060

Eric Johnson
5517 Roan Chapel Dr

Eric Marcus
10484 Blue Spruce Ct

Eric Schmidt

Eric Shearer
10300 Moore Drive

Eric Silva
4108 Crescent Hills Dr

Eric Treworgy
7370 Iron Bit Dr.

Eric Wohlrab
3463 Madelyn Ct.

Erick Osorio
8790 Deblanc Place

Everest Business Funding
102 W 38th St

Executive Law Partners
11130 Fairfax Blvd
Ste 303
Fairfax, VA 22030

Fabian Kluessendorf
3411 Slade Ct

Faria Jalala
6333 Glenbard Road

Fawaz Rudd

Firdu Bati
8125 American Holly Rd.

Fly Z LLC
9200 Dorothy Ln
Springfield, VA 22193

Foster Sheehan
1250 High Knob Rd.

Fransisco Rivera
1211 S. Eads Street

Frederic Gumbinner and Brad Mann c/o Gross, R
3975 University Drive
Suite 410
Fairfax, VA 22030

Frost Law, Eli Noff
839 Bestgate Rd

Geoff Harrison
12684 Catawba Drive

George Watson, Approach LLC
7 Planters Place
Stafford, NV 22554

George Wyse
3705 Arctic Blvd

Gerald Kavinski
8601 Howrey Ct

Ghazi Waqas
28 Bayberry Rd

Gordan Ramsay
10305 Bridgetown Pl

Grace Nietvelt
14403 Black Horse CT.

Greg Hermanson
718 Belmont Bay Drive

Gregory Mitchell
900 N Stuart St

Haileigh Taylor
8950 Academic Loop

Haley

Hank Bowden
5509 Namakagan Rd

Heartland
1 Heartland Way
Jeffersonville, IN 47130

Hengchaun Zhang

Hubert Zucker, HR Ztech LLC
PO Box 223711

Hugo Cabella
42310 Benfold Sq

Hye Park

Ian Oconell
15236 Warbler Ct.

Icon Finance
4826 Piney Branch Rd
Fairfax, VA 22030

Icon Finance, LLC  c/o Gross, Romanick, Dean
3975 University Drive
Suite 410
Fairfax, VA 22030

Igor Volovich
3262 Lauristou pl

Isaac Horne
4308 Brandywine St NW

JA Hawk Leasong LLC
43W700 US Rte 30

Jack Colby
10416 Heritage Landing Rd

Jack Jarvis
6621 Cavalier Dr

Jack Williard
112B N Bedford St.

Jackson Sharpe

Jacob Davis

Jacob Doumitt
16656 Leocrie Pl

Jacob Patrick
4538 34th St S

Jaime Lopera
13919 Baton Rouge Ct

James A Metcalf, Jr, Yona, Inc.
7003 Kodiak Ct

James Bentley
129 Fleetwood Ter

James Havens
6555 America Way

James Qu
13330 Horsepen Woods Ln

James W. VanLuven, TTE VAN LUVEN TRUST
90 Liberty Rd

Jamshidi
5756 Village Green Dr

Janet Prall
5904 Accomac Street

Janice Debro
9816 Earls Ferry Circle

Janith Kanaganayagam
5867 Tulloch Spring Ct

Jared Lane
1359 W. Queen St

Jason Chen
3014 Heritage Farm Ct

Jason Hamilton
78 Main Street

Jason Pizzillo
9088 Park Ave

Jason Snook
24 Hubbard Ct.

Javier Tort Fuentes
3004 Sayre Rd

Jay Giezen
5289 Meadow Estates

Jayadeep Saravanan
2703 Bowling Green Dr

Jayant Das
6612 Cedar Spring Rd

Jeff Bush
Lake Rivanna Ct

Jeff Kemp
5865 Trinity Parkway

Jeff Sharp
23055 Glenwood Heights Cir

Jeffrey Peters
5051 Grand Beach Ct
Haymarket , NV 20169

Jeremiah Roe
13190 Flynn Ct

Jeremy Hanson
5103 Fort Ellsworth Ct.

Jeremy Sumruld
6409 2nd Street

Jerod Burns
41 Kellogg Ct

Jian Qiao
8930 Edmonston Dr

Jim Blaney
9173 Stonegarden Dr

Joe Rufka
2001 15th St. N.

Joel Pederigan
11800 Laurestine Way

Johan Van Der Renst
9502 Vinnia Court

John Bender
15704 Foleys Mill Pl

John Blaine
8191 Strawberry Ln

John Haas
8221 Greenwich

John Keiser
13828 S Springs Dr

John Mahoney
7741 Carrleigh Pkwy

John Marsh
2035 Park Rd NW

John McCourt
12371 Southington Dr.

John McCracken

John Nilsen
1941 N Cameron St
Apt 7

John Powers
15526 Barrington Place
Dumfries, NV 22025

John Ratcliffe

John White
10117 Copeland Drive

Jon Hanson

Jon VanZandt
8616 Stonewall Rd

Jonathan Santella
14436 Alps Dr.

Jonathan Wheatley

Jonathon Faught
13060 Saint Andrews Ct

Jordan Rose
13633 Forest Pond Ct

Joseph Bechtold
544 7th st SE

Joseph Block
1200 N Herndon St

Joseph Elkhoury
901 N Pollard St

Joseph Gatt
105 Jefferson Run Rd

Joseph Hanin

Joseph Wasylishin
3537 S. George Mason Dr

Joshua Kless
8301 Periwinkle Pl

Joshua McCreary
102 Brittany Lane

Joshua Rusnak
13607 Post Oak Ct.

Juan Perdomo
25453 Brickell Dr

Julia Sherrill
13461 Lake Shore Road

Julian Morrison
7100 Marine Dr

Julian Morrison
7100 Marine Dr.

Julie Baumgart
12933 Vixen Ct

Junaid Zulfigar

Justin Draeger
11131 Tattersall Trl

Justin Repko
42370 Alder Forest Ter

Justin Schmidle
3027 Borgman Rd

Kalli Boyne
1901 Avenida Joaquin

Katalin Gaitin Ambrozy
12758 Stone Lined Circle

Keith Zuegel
9200 Dorothy Ln
Springfield, VA 22193

Kelly Lloyd
8690 Cobb Rd

Kenneth Wooten

Kevin Hugg

Kevin Roll
2282 Dosinia Ct

Khalif Thomas
20759 Ridgehaven Ter

Kim Pavlovic
1024 N Utah St
526

Kim Pollard
5421 Hudson Rd.

Kimo Lee
7006 Stone Inlet Dr.

Kokoszka
300 Yoakum Parkway
Apt 522

Kristopher Reeve
3821 Wagon Wheel Ln

Kuehn Family Trust,R. Michael Kuehn & Susan P
10505 Dunn Meadow Rd

Kyle Gurgick
43883 Stronghold Ct

Kyle Porter
8706 Stone Hill

Labuda
6721 Huntsman Blvd

Lamyl Hammoudi
5954 Sunderleigh Dr

Larissa Conttril
1505 Crystal Dr

Larsen
6029 18th Street N

Lauren Baybayan
5743 Janneys Mill Cir

Lauren Duvall
5706 Harrison House Court

Lauren Flanders
1145 Meadow Fork Rd

Lee Hattrup
6559 Spring Valley Dr
Alexandria, VA 22312

Lee Hattrup
6559 Spring Valley Dr

Lehew
3229 Signal Hill Ln

Lemieux
12380 Washington Brice Rd.

Lewis Maxwell, c/o Ronald Stern, Esq
1800 Diagonal Rd

Lisbeth Russel
9822 Five Oaks Rd

Luca Roseano
5905 Dewey Dr.

Luis Lugo
3666 Russell Rd.

Luis Quinonez
9504 Mooregate Ct

Madeleine Knapp
640 John Carlyle St.
Apt 406

Mahmood Arsalan
2137 Whisper Way

Malia Nelson
103 Almond Ct.

Marco Moran
25061 Praire Fire Sq

Marianne Hallet
9712 Handerson Pl
Unit 406

Mario Nardoni

Mark Goldrup

Mark Hoffman
5601 Western Ave NW

Mark Newman

Mark Odell
267 Seltenhorst Ln

Mark Orth
2924 Hideaway

Mark Walters
5707 Ridgedale Dr

Marlene Menard
4501 Tarpon Lane

Martin Ndichu
204 Lee Street

Matt Mumback
9720 Limoges Dr

Matt Rising
7313 Jenna Rd.

Matthew Birski
6525 Old Carriage Ln

Matthew Dankowski
7144 Little Thames Dr

Matthew Weser
615 Swann Ave

Maxwell Thorpe
4004 Latham Dr

Merna Youssef
5217 Squires Ct.

Meron Bekele
5571 Vincent Gate Terr
Unit 1432

Merrifield Garden Center, Robert Warhurst Re:
6895 Wellington Rd

Micahel Chung
2467 Windbreak Drive

Michael Butler
13816 Braddock Springs Rd

Michael Chittenden
5306 Atlee Pl

Michael Glaccum
7813 Lakeland Valley Drive

Michael Hasz
1503 North Village Rd

Michael McDermott
5301 Esabell Ct

Michael Paulus
1011 Highland Rd

Michelle Craig

Mike Dermott
5301 Esabell Ct

Mike Fitzgerald
3971 26th St. N

Mike Lovitt

Miller J Michael
14311 Mountain Valley Rd.

Mohammed Salah
20672 Reserve Falls Ter

Muhammad Prizada
8622 Artillery Road

Najee Ross
69 Barclay Ln

Nanette Barrett
8515 GLENN LEIGH DR

Natalie Chappell
11371 Spring Hollow Ln

Nate Young
4283 Embassy Park Dr NW

Nathan Dion
10195 Chinkapin Drive

Nathan Dolan
3592 Water Birch Ct

Nathan Sands
7700 Jewelweed Ct

Nick Morales
2859 26Th St N

Nicolas Hardy

Nielson Aviation
434 Lorraine Blvd

Nilesh Lal
41542 Carriage Horse Drive

Nimish Sabharwal
25444 Quadrille Ct

Nolan Warning
2330 Dulles Station Blvd

Nolin Drayton
2700 Dorr Avenue

November Alpaha
434 Lorraine Blvd

Oliveiria

Oliver Pound
4416 Duncan Dr.

Olivia Fowler
3000 Washington Blvd

Omarco LLC
1400 Woodside Dr
Woodbridge, VA 20191

Orla Brady
10749 River Run Dr.

Orlando Rivera
10116 Crashing Thunder Pl

Ospnia-Villada
154 Washington St.

Pat Marsh, JP4-Inc
4432 Southern Business Park Dr
White Plains, RI 20695

Patrick Russell
2340 Old Trail Dr

Paul Dean
7755 New Providence Drive

Paul Gracy
P.O. Box 10283
McLean, NV 22102

Paul Gracy
PO Box 10283

Paul Moriarty
7323 Toler Dr.

Paul Muirhead
13750 Restina Rd

Paul Richter
12002 Robin Drive

Pete Corraro
13408 Perimeter Dr

Peter Jackson
7398 Roxbury Ave

Philip Saenger
2601 Babcock Rd

Philip Williams
305 Sunny Hill Ct

Prelowski

Rafael Orellano
14086 Winding Ridge Ln

Rafael Via Queveda
9512 Tarvie Circle
Bristow, NV 20136

Randy Bissett
7231 pinewood St

Randy Serrano
2465 Army Navy Dr

Rebecca Box
2600 E Cary St

Redwan Ziadeh
5601 Seminary Rd

Rhain Epply
5227 Blossom Hill Drive

Rhett Walters
204 Scaleby Ln.

Rich Jones
7155 Barry Rd.

Richard Davidson
2225 Primrose

Richard Regan
1404 Harle Place SW
Leesburg, NV 20175

Rick and Harry Parish , c/o Vince Gordon, HFW
607  Al Khatem Tower,  ADGM Square, AlMa
PO Box 764608

Rick Van Rossem

Riley

Robert and Lisa Bussian
7980 Amsterdam Ct.

Robert Hufman
3050 P. St NW

Robert Reid
10229 Still House Rd.

Roger Sultan
44080 Chadds Ford Ct.

Ron Lenz
9216 Northedge Dr

Ronald Hiss
3802 N Stafford St

Ronald Stevens
6106 Occoquan Forest Dr.

Rory Glenn Paxcua

Ros Lary
4440 Willard Avenue

Ross Cornielia

Roy Shrout
10502 Fairweather Ct

Ryan Caldwell
5462 Camellia Ct

Ryan Hasegawa
8000 Hollington Plc

Ryan Mange
5150 Indian Head Road

Ryan McGill
1700 Madison Ave

Ryan Ochoa
1514 Mallard Place

Ryan Proctor
1380 Butter Churn Dr.
Herndon, NV 20170

Ryan Stapleton
13624 Tabscott Dr

Saeed Joulapour

Sal Speziale
12515 knollbrook Dr.

Sam futch

Samantha Schutz
2392 Headquarters Road

Sandeep Kumar Suggam
156 Laurel Way

Sandra Louis
20694 Erskine Terrace

Santorini Services LLC
2000 Massachusetts Ave

Sara Moore

Scott Haney
6255 Langston Blvd

Sean Driscoll
8219 Roxborough Loop

Sean Green
12655 Wimbley Lane

Sean MacDougall
2991 S. 28th St.

Sean Magargle
29827 Donna Dr.

Sean Payne
2426 Ontario Rd NW

Sergio Ruiz-Chincilla
6543 Braddock Road

Seth Erlich

Seth Nelson
475 K ST NW

Shahbox Mahmud
16531 Reservoir Loop

Shakarji
821 Diamond Dr.

Shaun Baldwin
81 Bristow Ln

Shibani Mukherji
5809 Magnolia Ln

Shujin Yu
1530 Keg Blvd

Simpson
26 N. Maryland Ave.

Skyler Burnam

Slate Funding
15 America Ave
Suite 303
Lakewood, NJ 8701

Socrates Dimitriadas
4822 Gainsborough Dr

Sophia Bullard
125 S. Fairfax St

Sophie Ottosen
PO Box 1613

Stefan Backman
Po Box 752

Stephen Brenwald
1200 Braddock Place

Stephen Migala
6060 N Kostner Ave

Stephen Miller
9911 Stoughton Road

Steven Noethen
12867 Misty Ln

Steven Rynski
12738 STONE LINED CIR

Stuart Seal

Summer Gaud
2441 Phillips Dr

Sun Kim
52 Palisades Dr.

Sung Kim
13971 Big Yankee Lane

Sydneigh Rivers
3817 Roxbury Court

Sydney Kosztolnik
559 Highland Towne Ln

Syed Sobhan
14943 Cherrywood Dr.

Talha Javed
505 18th St. South Crystal Flats

Tally Kuehne
6205 Cardinal Brook Ct

Ted O'Neal
2108 Sabrina Dr

Terry Leon
419 S Payne St

Thida Aung
7480 Birchwood Ave
Apt 321

Thomas Dabney
10608 Orchard St

Thomas Harvey
4901 Barbour Drive

Thompson

Tim Ryan
PO Box 272

Tim Souders
1 High Germany Street

Timothy  Souders
1 High Germany Street

Timothy Burtch
PO Box 44020

Timothy Pollard
223 Antietam Rd

Todd Treadway
2345 S. Ode St.
Arlington, NV 22202

Tom Barbour
8875 Tenbury Ct.

Tom Bibbo
13076 Marcy Creek Rd

Touchstone Helicopters
434 Lorraine Blvd

Travis Lam

Trevor Stephenson
10420 Steeplechase Run Ln

Tristin Gates
2701 Neabsco Common Pl

Tyjon Chapple
1704 S 79th Glen

Tyler Oliver
6480 Brickleigh Ct

Vazquez
3707 Fairways Ct.

Vincel Madelo
2137 Whisper Way

Wagner Walendy
19050 Crimson Clover Terrace

Warren Converse

Wayne Frost
7 Calvert Ct

Wayne Hallem
14514 Bluff Point Ct

Westbrooke Homes
7989 Kings Hwy
King George, VA 22485

William Ogle
43804 Paramount Pl

William Pinney
10497 West Dr.

Wilson Ricks
4641 Rock Spring Rd.

Xiaoye Yang
6218 Winnepeg Drive

Xinli Wang
2902 Amber Oaks Ct

Yahya Hassan
5701 Doyle Rd

Yevgeniy Malashenok
5712 Medallion Ct

Yi Chen
6965 Grizzly Ct

Yi Xu
25811 Mews Terr

Zabczyk
2505 17th St NW

Zach Watts
3000 S Randolph Street

Zay Win
3926 Fox Valley Dr

Zeblon Pixley
8514 Old Still House Rd

Zhang Heuychuan

Zion Logan
1836 Poole Ln

United States Bankruptcy Court
Eastern District of Virginia

In re: American Aviation Manassas, LLC

Case No.

Chapter 7

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 08/06/2024

/s/ Kevin C. Rychlik
Signature of Individual signing on behalf of debtor

Owner
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Eastern District of Virginia

**In re** American Aviation Manassas, LLC

Case No. _____

**Debtor**

Chapter 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,000.00

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 2,000.00

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

[ ] RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ _____

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ _____

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   [✔] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✔] Debtor          [ ] Other (specify)

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
 Adversary or contested matters.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/06/2024    /s/ Timothy McGary, 21208

*Date*    *Signature of Attorney*

Timothy J. McGary

*Name of law firm*
8609 Westwood Center Drive
Suite 203
Vienna, VA 22182