# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division

**In re:**  
American Aviation Manassas, LLC

**Case Number** 24−11443−BFK  
**Chapter** 7  
**Judge** Brian F. Kenney

Debtor(s)

**To:** Timothy McGary

### NOTICE OF POSSIBLE DISMISSAL: NOTICE OF DEFICIENT FILING; AND HEARING THEREON

Upon authority of Local Bankruptcy Rule 5005−1, the documents submitted by you

*1* − Chapter 7 Voluntary Petition Non−Individual filed by Timothy J. McGary of Timothy J. McGary, Attorney at Law on behalf of American Aviation Manassas, LLC (McGary, Timothy) Modified on 8/7/2024 to correct filer type in docket entry text. (Sheridan, Michelle)

contain certain deficiencies as set forth below. You must correct the deficiencies on or before **9/6/24.**

### REPRESENTATION AND APPEARANCES:
- \_ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- \_ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090−1. [See LBR 9010−1]
- \_ **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005−1(C)(5) and 9022−1(A)]

### REQUIREMENT OF FORM:
- \_ **Legibility:** not in compliance with LBR 5005−1(D)(1)
- \_ **Caption, Official Forms:** [See LBR 5005−1(D)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains and be in substantial compliance with the current Official Form. *If applicable*, Case name and/or number do not match on paper submitted.
- \_ Not on acceptable form approved by Court for use in Eastern District of Virginia pursuant to Local Bankruptcy Rule 3015−2(A).
- \_ **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  - \_ *if corporation,* not signed by counsel. [See LBR 5005−1(D)(4)]
  - \_ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non−Attorney User.]
- \_ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- \_ Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document.
- \_ Document does not include a certification whether an Attorney assisted with the preparation of the document. [See LBR 2090−1]
- \_ *Schedules do not include Form 106Dec − Declaration About an Individual Debtor's Schedules, or Form 106Dec is not signed.

### VOLUNTARY PETITIONS:
- \_ Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2−pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms which are available on the Court's web site at www.vaeb.uscourts.gov.
- \_ More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition)*.
- \_ Not verified by signature of attorney for debtor(s).
- \_ Not verified by unsworn declaration with signature of all debtors.
- **X** **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074−1]
- \_ **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007−1]
- \_ **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
- \_ **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005−1(C) and (D)]
- **X** Corporate petition not accompanied by Corporate Ownership Statement [See FRBP 1007(a)(1)]

If you fail to timely cure the deficiency, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Location: Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I,*

*Alexandria, VA 22314*
*Date: 9/17/24*
*Time: 09:30 AM*

*If the debtor(s) fails to appear at the hearing, the above-captioned case may be dismissed.*

*NOTICE: The hearing will be held only if the debtor(s) fails to timely cure each of the deficient items listed above. The debtor is advised that a separate hearing will be held for each Notice of Possible Dismissal issued in a case.*

| | |
|---|---|
| Date: August 23, 2024 | Clerk, United States Bankruptcy Court |
| | By /s/ Nathaniel Bullock, Deputy Clerk |
| [defntcvNoVGorNov2023.jsp] | Direct Dial Telephone No. (804) 916-2428 |

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 24-11443-BFK

American Aviation Manassas, LLC  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9  User: Nathaniel  Page 1 of 9
Date Rcvd: Aug 23, 2024  Form ID: defntcng  Total Noticed: 387

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Aviation Manassas, LLC, 10503 Wakeman Drive, Manassas, VA 20110-7811 |
| cr | + | Michael Williams Paulus, 1011 Highland Rd, Fredericksburg, VA 22407, UNITED STATES 22407-7437 |
| 16487518 | + | APP Jet Center, 9998 Wakeman Dr, Manassas , VA 20110-2702 |
| 16487490 | + | Aaron Butters, 2985 District Ave, Apt #454, Fairfax, VA 22031-1551 |
| 16487491 | + | Aastha Patel, 7445 Sandy Bottom Ct, Hughesville, MD 20637-2137 |
| 16487492 | + | Adam Gurson, 15091 Stillfield Pl, Centreville, VA 20120-1145 |
| 16487494 | + | Adam Yingling, 9422 Goshen Lane, Burke, VA 22015-1907 |
| 16487495 | + | Adrian Polinski, 1309 Forty Oaks Dr, Herndon, VA 20170-2022 |
| 16487498 | + | Alec Frye, 5361 Fishers hill Way, Haymarket, VA 20169-4524 |
| 16487499 | #+ | Alejandro Pamparatto, 3956 Valley Ridge Dr, Fairfax, VA 22033-2734 |
| 16487500 | + | Alex Greenlee, 5401 Wycklow Ct, Alexandria, VA 22304-1947 |
| 16487501 | #+ | Alexander Gallant, 7036 Hepworth Dr, Henrico, VA 23231-7606 |
| 16487502 | + | Alexander Garnet, 2671 Avalon Ct Apt 402, Alexandria, VA 22314-5851 |
| 16487503 | + | Alexandra West, 3705 Krysia Ct, Annandale, VA 22003-2547 |
| 16487504 | + | Ali Hashmi, 20495 Cherrystone Pl, Ashburn, VA 20147-3765 |
| 16487506 | + | Ali Mehsen, 13621 Jacks Dr, Woodbridge, VA 22192-4331 |
| 16487508 | + | Andrew Garver, 12115 Wedgeway Ct, Fairfax, VA 22033-2516 |
| 16487509 | + | Andrew McLean, 1113 R St NW, Washington, DC 20009-4318 |
| 16487510 | + | Andrew Pitale, 10707 Ox Croft Court, Fairfax Station, VA 22039-1663 |
| 16487511 | + | Andrew Sines, 146 Northampton Blvd., Stafford, VA 22554-7610 |
| 16487512 | + | Andy Weeden, 17119 Belle Isle Dr., Dumfries, VA 22026-3004 |
| 16487513 | + | Anna Downing, 5980 Waterflow Ct, Centreville, VA 20121-3000 |
| 16487514 | + | Annamarie penning, 13955 Mansarde Ave, Apt 448, Herndon, VA 20171-6368 |
| 16487515 | + | Anthony Ferrari, 8780 Brook Estates Ct, Lorton, VA 22079-4400 |
| 16487516 | + | Anthony Gonzalez, 3424 Flint Hill Pl., Woodbridge, VA 22192-1011 |
| 16487517 | + | Anusha Ganji, 2105 Highcourt, Herndon, NV 20170-5896 |
| 16487520 | + | Atty: James P. Campbell, Esq, Campbell Flanne, 1602 Village Market Blvd Suite, Ste 225, Leesburg, VA 20175-4716 |
| 16487523 | + | BDR Avanti Finance, 4826 Piney Branch Rd, Suite 200, Fairfax, VA 22030-6233 |
| 16487521 | + | Barbera, Charles, 10159 Broadsword Dr, Bristow, VA 20136-5611 |
| 16487522 | + | Barret White, 5490 Middlebourne Lane, Centreville, VA 20120-2072 |
| 16487524 | + | Ben Nickell, 100 Fort Pickens Rd., Unit 206, Pensacola Beach, FL 32561-2052 |
| 16487525 | + | Brett Estes, 8659 Ruby Rise Pl, Bristow, VA 20136-2301 |
| 16487526 | + | Brett Lorenz, 23633 Waterford Downs Terr, Ashburn, VA 20148-6312 |
| 16487527 | | Brian Harrington, 831 Duke St., Alexandria, VA 22314 |
| 16487528 | + | Brian Purdy, 4737 SW 57th Drive, Gainesville, FL 32608-3863 |
| 16487529 | + | Brooke Bedell, 203 Yoakum PKWY, 1101, Alexandria, VA 22304-3730 |
| 16487530 | + | Bryce Martin, 2068 Whisperwood Glen Ln, Reston, VA 20191-4122 |
| 16487531 | + | Business Ventures Management, LLC c/o Gross,, 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |
| 16487533 | + | Caleb Weaver, 2357 Huntington Station Ct, Alexandria, VA 22303-1417 |
| 16487534 | + | Calvin Huynh-nguyen, 12831 Poplar Creek Dr, Fairfax, VA 22033-2035 |
| 16487535 | + | Caplin & Drysdale, One Thomas Circle NW, Ste 1100, Washington, DC 20005-5894 |

Case 24-11443-BFK   Doc 17   Filed 08/25/24   Entered 08/26/24 00:18:29   Desc Imaged
Certificate of Notice   Page 4 of 11

| District/off: 0422-9 | User: Nathaniel | Page 2 of 9 |
| --- | --- | --- |
| Date Rcvd: Aug 23, 2024 | Form ID: defntcng | Total Noticed: 387 |

| | | |
| --- | --- | --- |
| 16487536 | + | Carl Kreisel, 3160 Plantation Pkwy, Fairfax, VA 22030-2157 |
| 16487537 | + | Carolyn Zatloukal, 26069 Grazing Ct, Aldie, VA 20105-5730 |
| 16487538 | + | Carrie Walters, 5901 Quintana Ct., Burke, NV 22015-3642 |
| 16487539 | + | Cayden Wilcox, 9920 Fisner Ford Ct, Bristow, VA 20136-2601 |
| 16487540 | + | Cesar Ulloa, 14744 Truitt Farm Dr, Centreville, VA 20120-5408 |
| 16487541 | + | Chad Prince, 13320 Signal Tree Ln, Potomac, MD 20854-6053 |
| 16487542 | + | Charles Bobbish, 11051 Birdfoot Lane, Reston, VA 20191-4603 |
| 16487543 | + | Charles Kuhn, JK Moving, 6511 MEGILLS CROSSING WAY, Clifton, VA 20124-1432 |
| 16487544 | + | Charles Purcell, 17055 Mountain Rd., Montpelier, VA 23192-2549 |
| 16487545 | #+ | Charles Smith, 15671 Spyglass Hill Loop, Gainesville, VA 20155-3229 |
| 16487548 | + | Chris Baughman, 9620 Allegro Dr., Manassas, VA 20112-2797 |
| 16487549 | + | Chris Cogar, 2914 Ellenwood Dr, Fairfax, VA 22031-2035 |
| 16487550 | + | Chris Rowe, 7902 Tysons One Place, Unit 2603, McLean, VA 22102-5239 |
| 16487551 | + | Chris Single, 17658 Hamilton Heights Ct., Hamilton, VA 20158-3478 |
| 16487552 | + | Chris Trenkov, 5520 Belle Pond Dr., Centreville, VA 20120-1670 |
| 16487553 | + | Chris Vasel, 9285 Alvyn Lake Cir, Bristow, VA 20136-6149 |
| 16487555 | + | Christian Brielmier, 24264 Zachary Taylor Hwy, Culpeper, VA 22701-7765 |
| 16487556 | + | Christian Recalde, 16541 Sherwood Pl, Woodbridge, VA 22191-4625 |
| 16487557 | + | Christopher Fazzalare, 320 23rd St S, Arlington, VA 22202-3738 |
| 16487558 | + | Christopher Kachouroff, Dominion Law Servic, 3520 Finish line Dr, Gainesville, VA 20155-1235 |
| 16487559 | + | Christopher Salisbury, 9137 Grant Ave, Manassas, VA 20110-5034 |
| 16487561 | + | Cindy Lotz, 16714 Misty Ridge Ln, Hillsboro, VA 20132-3762 |
| 16487563 | + | City of Manassas, 10600 Harry J Parrish Blvd, 2nd Floor, Manassas, VA 20110-7843 |
| 16487564 | + | Clay Carter, 8112 Kane Ct., Alexandria, VA 22308-1433 |
| 16487565 | + | Clay Wilkins, 104 Anthem Ave, Herndon, VA 20170-5161 |
| 16487567 | + | Clayton Percle, 13101 Loth Lorian Dr, Clifton, VA 20124-1300 |
| 16487568 | + | Cody Kennedy, 24949 Castelton Dr., Chantilly, VA 20152-4381 |
| 16487569 | + | Cody Vassar, 3095 Washburn Rd., Bliss, NY 14024-9610 |
| 16487571 | + | Conner Crilly, 1201 Half St SE, Apt 1106, Washington, DC 20003-4561 |
| 16487572 | + | Conrad Tubbs, 2979 Franklin Oaks Dr, Herndon, VA 20171-2256 |
| 16487574 | + | Corey Kline, 5742 Moonbeam, Woodbridge, VA 22193-3355 |
| 16487576 | + | Craig Llewellyn, 6011 Leewood Drive, Alexandria, VA 22310-1917 |
| 16487577 | #+ | Curt Kennedy, 3844 Farrcroft Green, Fairfax, VA 22030-2446 |
| 16487578 | + | Curtis Smith, 2083 Alder Ln, Dumfries, VA 22026-3069 |
| 16487581 | + | Dan Miller, 5620 Arrowfield Terrace, Haymarket, VA 20169-8112 |
| 16487583 | + | Daniel Baybayan, 5742 Janneys Mill Cir, Haymarket, VA 20169-6196 |
| 16487584 | + | Daniel Denfinis, 4137 Weeping Willow Ct, Chantilly, VA 20151-3556 |
| 16487585 | + | Daniel Smith, 279 Carefree Lane, Boyce, VA 22620-3146 |
| 16487586 | + | Danny Miller, 12207 Woodlark Ct, Manassas, VA 20112-3501 |
| 16487587 | + | Danny Poulsen, 2103 Kings Mill Ct, Falls Church, VA 22043-2540 |
| 16487588 | + | Darius Sanders, 101 Seth Dr, Fredericksburg, VA 22406-4421 |
| 16487589 | + | Darren Smith, 311 Cutter Cove, Stafford, VA 22554-2621 |
| 16487590 | + | David Fink, 8129 Mount Vernon Hwy, Alexandria, VA 22309-1913 |
| 16487591 | + | David Gigrich, 9202 Forest Greens Drive, Lorton, VA 22079-3448 |
| 16487592 | + | David Leipnik, Gross, Mendelsohn & Associates, 1801 Porter St, Ste 500, Baltimore, MD 21230-5563 |
| 16487593 | + | David Mills, 7514 Edington Drive, Warrenton, VA 20187-5840 |
| 16487594 | + | David Rochez, 467 Inca Rd., Linden, VA 22642-5863 |
| 16487595 | | David Tompkins, 8101 Hawthorne Rd, Bethesda, MD 20817 |
| 16487597 | + | Deeb Maalouf, 10022 Crest Hill Road, Marshall, VA 20115-2847 |
| 16487599 | + | Derek Sandler, 6572 Wellspring Ct, Warrenton, VA 20187-5854 |
| 16487600 | + | Devin Lynch, 1000 S Capitol St SE, Apt. 725, Washington, DC 20003-5155 |
| 16487601 | + | Devin Purifoy, 8614 Braddock Ave, Alexandria, VA 22309-2021 |
| 16487602 | + | Dhelbi Pullen, 1221 S Eads St., Apt 304, Arlington, VA 22202-4717 |
| 16487603 | #+ | Dhruva Poluru, 13368 Arrowbrook Centre Dr, Herndon, VA 20171-5521 |
| 16487604 | + | Don Kang, 12829 Shadow Oak Ln, Fairfax, VA 22033-1617 |
| 16487605 | + | Don Shields, 904 Hoptor Rd., Woodbridge, VA 22191-1312 |
| 16487606 | + | Donald D and Deborah L Harris, PO Box 129, Brandywine, WV 26802-0129 |
| 16487607 | + | Donald G Costello Trust c/o Sally Hostetler,, 1775 Wiehle Ave, Reston, VA 20190-5107 |
| 16487608 | + | Donald O Hewitt, 2051 Hillside Dr, Falls Church, VA 22043-1501 |
| 16487609 | + | Doug Bouton, 7704 Cumbertree Ct, Springfield, VA 22153-2165 |
| 16487612 | + | Drew Smith, 8131 Corromar way, Gainesville, VA 20155-2871 |
| 16487613 | + | Dulles Aviation Inc, 13141 Flynn Ct, Bristow, VA 20136-1759 |
| 16487614 | + | Dylan Stephan, 4723 Benjamin Cross Ct, Chantilly, VA 20151-2358 |

Case 24-11443-BFK    Doc 17    Filed 08/25/24    Entered 08/26/24 00:18:29    Desc Imaged
Certificate of Notice    Page 5 of 11

| District/off: 0422-9 | User: Nathaniel | Page 3 of 9 |
| --- | --- | --- |
| Date Rcvd: Aug 23, 2024 | Form ID: defntcng | Total Noticed: 387 |

| | | |
| --- | --- | --- |
| 16487615 | + | EBCO Insurance, 3070 Five Forks Trickum Rd, Lilburn, GA 30047-1807 |
| 16487616 | + | Ediriwanna Wimalkantha, 4352 lee highway, Apt. 62, Arlington, VA 22207-3220 |
| 16487617 | + | Eka Renardi, 24458 Juniper Wood Ter, Sterling, VA 20166-2700 |
| 16487618 | + | Eric H. Norby c/o Woodburn Nuclear Medicine, 3289 Woodburn Rd, Ste 060, Annandale, VA 22003-7337 |
| 16487619 | + | Eric Johnson, 5517 Roan Chapel Dr, Haymarket, VA 20169-2693 |
| 16487621 | + | Eric Schmidt, 3601 Fairfax Dr., #718, Arlington, VA 22201-2398 |
| 16487622 | + | Eric Shearer, 10300 Moore Drive, Manassas, VA 20111-2916 |
| 16487623 | + | Eric Silva, 4108 Crescent Hills Dr, Haymarket, VA 20169-1829 |
| 16487624 | + | Eric Treworgy, 7370 Iron Bit Dr., Warrenton, VA 20186-6120 |
| 16487626 | + | Erick Osorio, 8790 Deblanc Place, Manassas, VA 20110-7069 |
| 16487628 | + | Executive Law Partners, 11130 Fairfax Blvd, Ste 303, Fairfax, VA 22030-5035 |
| 16487630 | + | Faria Jalala, 6333 Glenbard Road, Springfield, VA 22015-3414 |
| 16487631 | + | Fawaz Rudd, 7592 Aspenpark Rd., Lorton, VA 22079-4504 |
| 16487632 | + | Firdu Bati, 8125 American Holly Rd., Lorton, VA 22079-5617 |
| 16487633 | + | Fly Z LLC, 9200 Dorothy Ln, Springfield, VA 22153-1616 |
| 16487634 | + | Foster Sheehan, 1250 High Knob Rd., Front Royal, VA 22630-5739 |
| 16487635 | + | Fransisco Rivera, 1211 S. Eads Street, Apt #801, Arlington, VA 22202-2899 |
| 16487636 | + | Frederic Gumbinner and Brad Mann c/o Gross, R, 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |
| 16487637 | + | Frost Law, Eli Noff, 839 Bestgate Rd, Ste 400, Annapolis, MD 21401-3474 |
| 16487638 | + | Geoff Harrison, 12684 Catawba Drive, Woodbridge, VA 22192-6414 |
| 16487639 | + | George Watson, Approach LLC, 7 Planters Place, Stafford, NV 22554-8507 |
| 16487640 | + | George Wyse, 3705 Arctic Blvd , #537, Anchorage, AK 99503-5774 |
| 16487641 | + | Gerald Kavinski, 8601 Howrey Ct, Annandale, VA 22003-4214 |
| 16487642 | + | Ghazi Waqas, 28 Bayberry Rd, Bolton, CT 06043-7618 |
| 16487643 | + | Gordan Ramsay, 10305 Bridgetown Pl, Burke, VA 22015-2808 |
| 16487644 | + | Grace Nietvelt, 14403 Black Horse CT., Centreville, VA 20120-2833 |
| 16487645 | + | Greg Hermanson, 718 Belmont Bay Drive, Woodbridge, VA 22191-5421 |
| 16487647 | + | Haileigh Taylor, 8950 Academic Loop, Apt 101, Ashburn, VA 20109-4003 |
| 16487649 | + | Hank Bowden, 5509 Namakagan Rd, Bethesda, MD 20816-1926 |
| 16487652 | + | Hubert Zucker, HR Ztech LLC, PO Box 223711, Chantilly VA 20153-3711 |
| 16487653 | + | Hugo Cabella, 42310 Benfold Sq, Brambleton, VA 20148-7600 |
| 16487656 | + | Icon Finance, 4826 Piney Branch Rd, Fairfax, VA 22030-6233 |
| 16487657 | + | Icon Finance, LLC c/o Gross, Romanick, Dean, 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |
| 16487658 | + | Igor Volovich, 3262 Lauristou pl, Fairfax, VA 22031-4860 |
| 16487659 | + | Isaac Horne, 4308 Brandywine St NW, Washington, DC 20016-4530 |
| 16487660 | | JA Hawk Leasong LLC, 43W700 US Rte 30, Sugar Groove, GA 30051 |
| 16487661 | + | Jack Colby, 10416 Heritage Landing Rd, Burke, VA 22015-2554 |
| 16487662 | + | Jack Jarvis, 6621 Cavalier Dr, Alexandria, VA 22307-1304 |
| 16487663 | + | Jack Williard, 112B N Bedford St., Arlington, VA 22201-1158 |
| 16487666 | + | Jacob Doumitt, 16656 Leocrie Pl, Woodbridge, VA 22191-4526 |
| 16487667 | + | Jacob Patrick, 4538 34th St S, Arlington, VA 22206-1915 |
| 16487669 | + | James A Metcalf, Jr, Yona, Inc., 7003 Kodiak Ct, Manassas, VA 20111-4373 |
| 16487671 | + | James Havens, 6555 America Way, Bealeton, VA 22712-9457 |
| 16487672 | + | James Qu, 13330 Horsepen Woods Ln, Oak Hill, VA 20171-3845 |
| 16487673 | | James W. VanLuven, TTE VAN LUVEN TRUST, 90 Liberty Rd, Bealeton, VA 22104 |
| 16487674 | + | Jamshidi, 5756 Village Green Dr, Apt 130, Alexandria, VA 22309-1656 |
| 16487675 | + | Janet Prall, 5904 Accomac Street, Springfield, VA 22150-3821 |
| 16487676 | + | Janice Debro, 9816 Earls Ferry Circle, Bristow, VA 20136-2683 |
| 16487677 | + | Janith Kanaganayagam, 5867 Tulloch Spring Ct, Haymarket, VA 20169-6159 |
| 16487678 | + | Jared Lane, 1359 W. Queen St, Hampton, VA 23669-3840 |
| 16487679 | + | Jason Chen, 3014 Heritage Farm Ct, Herndon, VA 20171-2232 |
| 16487680 | + | Jason Hamilton, 78 Main Street, Round Hill, VA 20141-2411 |
| 16487681 | + | Jason Pizzillo, 9088 Park Ave, Manassas, VA 20110-4356 |
| 16487682 | + | Jason Snook, 24 Hubbard Ct., Stafford, VA 22554-8834 |
| 16487684 | + | Jay Giezen, 5289 Meadow Estates, Fairfax, VA 22030-6660 |
| 16487685 | + | Jayadeep Saravanan, 2703 Bowling Green Dr, Vienna, VA 22180-7034 |
| 16487686 | + | Jayant Das, 6612 Cedar Spring Rd, Centreville, VA 20121-2143 |
| 16487687 | | Jeff Bush, Lake Rivanna Ct, Lake ridge, VA 22192 |
| 16487689 | + | Jeff Sharp, 23055 Glenwood Heights Cir, Brambleton, VA 20148-6493 |
| 16487690 | + | Jeffrey Peters, 5051 Grand Beach Ct, Haymarket , NV 20169-2586 |
| 16497737 | + | Jeffrey Wolff, 590 Grove St #1282, Herndon, VA 20172-8074 |
| 16487692 | + | Jeremy Hanson, 5103 Fort Ellsworth Ct., Alexandria, VA 22310-1156 |
| 16487694 | + | Jerod Burns, 41 Kellogg Ct, Fredericksburg, VA 22406-4323 |

Case 24-11443-BFK   Doc 17   Filed 08/25/24   Entered 08/26/24 00:18:29   Desc Imaged
Certificate of Notice   Page 6 of 11

| District/off: 0422-9 | User: Nathaniel | Page 4 of 9 |
| Date Rcvd: Aug 23, 2024 | Form ID: defntcng | Total Noticed: 387 |

| | | |
|---|---|---|
| 16487695 | + | Jian Qiao, 8930 Edmonston Dr, Bristow, VA 20136-1299 |
| 16487696 | + | Jim Blaney, 9173 Stonegarden Dr, Lorton, VA 22079-4739 |
| 16487697 | + | Joe Rufka, 2001 15th St. N., Apt 7074, Arlington, VA 22201-2649 |
| 16487698 | + | Joel Pederigan, 11800 Laurestine Way, Apt. 413, Manassas, VA 20109-3849 |
| 16487699 | + | Johan Van Der Renst, 9502 Vinnia Court, Manassas, VA 20110-6659 |
| 16487700 | + | John Bender, 15704 Foleys Mill Pl, Haymarket, VA 20169-6182 |
| 16487701 | + | John Blaine, 8191 Strawberry Ln, Apt. 114, Falls Church, VA 22042-1043 |
| 16487702 | + | John Haas, 8221 Greenwich, Catlett, VA 20119-1919 |
| 16487703 | + | John Keiser, 13828 S Springs Dr, Clifton, VA 20124-2450 |
| 16487704 | + | John Mahoney, 7741 Carrleigh Pkwy, Springfield, VA 22152-1303 |
| 16487705 | + | John Marsh, 2035 Park Rd NW, Washington, VA 20010-1022 |
| 16487706 | + | John McCourt, 12371 Southington Dr., Woodbridge, VA 22192-5471 |
| 16487709 | + | John Powers, 15526 Barrington Place, Dumfries, NV 22025-1128 |
| 16487711 | + | John White, 10117 Copeland Drive, Manassas, VA 20109-2908 |
| 16487713 | + | Jon VanZandt, 8616 Stonewall Rd, Manassas, VA 20110-4509 |
| 16487714 | + | Jonathan Santella, 14436 Alps Dr., Woodbridge, VA 22193-3330 |
| 16487715 | + | Jonathan Wheatley, 8345 Windfall Rd., Springfield, VA 22153-3862 |
| 16487716 | + | Jonathon Faught, 13060 Saint Andrews Ct, Woodbridge, VA 22192-4808 |
| 16487717 | + | Jordan Rose, 13633 Forest Pond Ct, Centreville, VA 20121-3012 |
| 16487718 | | Joseph Bechtold, 544 7th st SE, Washington, VA 22110 |
| 16487721 | + | Joseph Gatt, 105 Jefferson Run Rd, Great Falls, VA 22066-3227 |
| 16487722 | + | Joseph Hanin, 11330 Edenberry Dr., Fairfax, VA 22030-5441 |
| 16487723 | + | Joseph Wasylishin, 3537 S. George Mason Dr, Apt. D209, Alexandria, VA 22302-1054 |
| 16487724 | + | Joshua Kless, 8301 Periwinkle Pl, Fairfax Station, VA 22039-3225 |
| 16487725 | + | Joshua McCreary, 102 Brittany Lane, Suffolk, VA 23435-1461 |
| 16487726 | + | Joshua Rusnak, 13607 Post Oak Ct., Chantilly, VA 20151-2529 |
| 16487727 | + | Juan Perdomo, 25453 Brickell Dr, Chantilly, VA 20152-2043 |
| 16487728 | + | Julia Sherrill, 13461 Lake Shore Road, Herndon, VA 20171-3619 |
| 16487729 | + | Julian Morrison, 7100 Marine Dr, Alexandria, VA 22307-1905 |
| 16487731 | + | Julie Baumgart, 12933 Vixen Ct, Bristow, VA 20136-3111 |
| 16487732 | + | Junaid Zulfigar, 10806 Valley Falls Ct., Manassas, VA 20112-5868 |
| 16487733 | + | Justin Draeger, 11131 Tattersall Trl, Oakton, VA 22124-1927 |
| 16487734 | #+ | Justin Repko, 42370 Alder Forest Ter, Sterling, VA 20166-2708 |
| 16487735 | + | Justin Schmidle, 3027 Borgman Rd, Kingwood, WV 26537-8189 |
| 16487736 | + | Kalli Boyne, 1901 Avenida Joaquin, Encinitas, CA 92024-7108 |
| 16487737 | + | Katalin Gaitin Ambrozy, 12758 Stone Lined Circle, Woodbridge, VA 22192-5583 |
| 16487738 | + | Keith Zuegel, 9200 Dorothy Ln, Springfield, VA 22153-1616 |
| 16487739 | + | Kelly Lloyd, 8690 Cobb Rd, Manassas, VA 20112-6604 |
| 16487742 | | Kevin Roll, 2282 Dosinia Ct, Newport News, VA 23602 |
| 16487743 | + | Khalif Thomas, 20759 Ridgehaven Ter, Apt 204, Sterling, VA 20165-7715 |
| 16487744 | + | Kim Pavlovic, 1024 N Utah St, 526, Arlington, VA 22201-5735 |
| 16487745 | + | Kim Pollard, 5421 Hudson Rd., Fort Belvoir, MD 22060-2401 |
| 16487746 | + | Kimo Lee, 7006 Stone Inlet Dr., Fort Belvoir, VA 22060-7429 |
| 16487747 | + | Kokoszka, 300 Yoakum Parkway, Apt 522, Alexandria, VA 22304-4053 |
| 16487748 | #+ | Kristopher Reeve, 3821 Wagon Wheel Ln, Woodbridge, VA 22192-6441 |
| 16487749 | + | Kuehn Family Trust,R. Michael Kuehn & Susan P, 10505 Dunn Meadow Rd, Vienna, VA 22182-6601 |
| 16487751 | + | Kyle Porter, 8706 Stone Hill, Springfield, VA 22153-1716 |
| 16487752 | + | Labuda, 6721 Huntsman Blvd, Springfield, VA 22152-2623 |
| 16487753 | + | Lamyl Hammoudi, 5954 Sunderleigh Dr, Sunderland, MD 20689-3007 |
| 16487754 | + | Larissa Conttril, 1505 Crystal Dr, Apt 813, Arlington, VA 22202-4119 |
| 16487755 | + | Larsen, 6029 18th Street N, Arlington, VA 22205-2907 |
| 16487756 | | Lauren Baybayan, 5743 Janneys Mill Cir, Haymarket, VA 20169 |
| 16487758 | + | Lauren Flanders, 1145 Meadow Fork Rd, Provo, UT 84606-3613 |
| 16487761 | + | Lehew, 3229 Signal Hill Ln, Catlett, VA 20119-1914 |
| 16487762 | + | Lemieux, 12380 Washington Brice Rd., Fairfax, VA 22033-2428 |
| 16487763 | + | Lewis Maxwell, c/o Ronald Stern, Esq, 1800 Diagonal Rd, Ste 600, Alexandria, VA 22314-2840 |
| 16487764 | + | Lisbeth Russel, 9822 Five Oaks Rd, Fairfax, VA 22031-1035 |
| 16487765 | + | Luca Roseano, 5905 Dewey Dr., Alexandria, VA 22310-2268 |
| 16487766 | + | Luis Lugo, 3666 Russell Rd., Woodbridge, VA 22192-4912 |
| 16487767 | + | Luis Quinonez, 9504 Mooregate Ct, Lorton, VA 22079-1901 |
| 16487768 | + | Madeleine Knapp, 640 John Carlyle St., Apt 406, Alexandria, VA 22314-6883 |
| 16487769 | + | Mahmood Arsalan, 2137 Whisper Way, Reston, VA 20191-4147 |
| 16487770 | + | Malia Nelson, 103 Almond Ct., Sterling, VA 20164-2839 |

Case 24-11443-BFK    Doc 17    Filed 08/25/24    Entered 08/26/24 00:18:29    Desc Imaged
Certificate of Notice    Page 7 of 11

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 5 of 9 |
| Date Rcvd: Aug 23, 2024 | Form ID: defntcng | Total Noticed: 387 |

| | | |
|---|---|---|
| 16487771 | + | Marco Moran, 25061 Praire Fire Sq, Aldie, VA 20105-5680 |
| 16487772 | + | Marianne Hallet, 9712 Handerson Pl, Unit 406, Manassas Park, VA 20111-7035 |
| 16487773 | + | Mario Nardoni, 11906 Waterton Lake Lane, Bristow, VA 20136-2229 |
| 16487775 | + | Mark Hoffman, 5601 Western Ave NW, Washington, DC 20015-2952 |
| 16487777 | + | Mark Odell, 267 Seltenhorst Ln, Bluemont, VA 20135-4755 |
| 16487778 | #+ | Mark Orth, 2924 Hideaway, Fairfax, VA 22031-1311 |
| 16487779 | + | Mark Walters, 5707 Ridgedale Dr, Woodbridge, VA 22193-3867 |
| 16487780 | + | Marlene Menard, 4501 Tarpon Lane, Alexandria, VA 22309-3138 |
| 16487781 | + | Martin Ndichu, 204 Lee Street, Gaithersburg, MD 20877-2947 |
| 16487782 | + | Matt Mumback, 9720 Limoges Dr, Fairfax, VA 22032-1115 |
| 16487783 | + | Matt Rising, 7313 Jenna Rd., Springfield, VA 22153-1346 |
| 16487784 | + | Matthew Birski, 6525 Old Carriage Ln, Alexandria, VA 22315-5032 |
| 16487785 | + | Matthew Dankowski, 7144 Little Thames Dr, Gainesville, VA 20155-4019 |
| 16487786 | + | Matthew Weser, 615 Swann Ave, Apt. 544, Alexandria, VA 22301-1466 |
| 16487787 | + | Maxwell Thorpe, 4004 Latham Dr, Haymarket, VA 20169-2409 |
| 16487788 | + | Merna Youssef, 5217 Squires Ct., Roanoke, VA 24018-4171 |
| 16487790 | | Merrifield Garden Center, 6895 Wellington Rd, Gainesville, VA 20156 |
| 16487791 | + | Micahel Chung, 2467 Windbreak Drive, Alexandria, VA 22306-2658 |
| 16487792 | + | Michael Butler, 13816 Braddock Springs Rd, Apt. K, Centreville, VA 20121-4209 |
| 16487793 | + | Michael Chittenden, 5306 Atlee Pl, Springfield, VA 22151-3402 |
| 16498031 | + | Michael Fitzgerald, 3971 26th St. N., Arlington, VA 22207-5202 |
| 16487794 | + | Michael Glaccum, 7813 Lakeland Valley Drive, Springfield, VA 22153-4106 |
| 16487795 | + | Michael Hasz, 1503 North Village Rd, Reston, VA 20194-1249 |
| 16487796 | + | Michael McDermott, 5301 Esabell Ct, Fairfax, VA 22032-2658 |
| 16487797 | + | Michael Williams Paulus, 1011 Highland Rd, Fredericksburg, VA 22407-7437 |
| 16487802 | + | Miller J Michael, 14311 Mountain Valley Rd., Broadway, VA 22815-3764 |
| 16487803 | + | Mohammed Salah, 20672 Reserve Falls Ter, Sterling, VA 20165-6554 |
| 16487804 | + | Muhammad Prizada, 8622 Artillery Road, Manassas, VA 20110-4806 |
| 16487805 | + | Najee Ross, 69 Barclay Ln, Stafford, VA 22554-7724 |
| 16487806 | + | Nanette Barrett, 8515 GLENN LEIGH DR, Spring, TX 77379-2773 |
| 16487807 | + | Natalie Chappell, 11371 Spring Hollow Ln, Rixeyville, VA 22737-3109 |
| 16487808 | + | Nate Young, 4283 Embassy Park Dr NW, Washington, DC 20016-3605 |
| 16487809 | + | Nathan Dion, 10195 Chinkapin Drive, Manassas, VA 20111-4239 |
| 16487812 | | Nick Morales, 2859 26Th St N, Arlington, VA 22207 |
| 16487813 | + | Nicolas Hardy, 6093 Oust Ln, Woodbridge, VA 22193-3974 |
| 16487814 | | Nielson Aviation, 434 Lorraine Blvd, Los Angeles, GA 30050 |
| 16487815 | + | Nilesh Lal, 41542 Carriage Horse Drive, Aldie, VA 20105-3113 |
| 16487816 | + | Nimish Sabharwal, 25444 Quadrille Ct, Aldie, VA 20105-3172 |
| 16487818 | + | Nolin Drayton, 2700 Dorr Avenue, Unit 1021, Fairfax, VA 22031-4957 |
| 16487819 | | November Alpaha, 434 Lorraine Blvd, Los Angeles, GA 30048 |
| 16487821 | + | Oliver Pound, 4416 Duncan Dr., Annandale, VA 22003-4604 |
| 16487822 | + | Olivia Fowler, 3000 Washington Blvd, Arlington, VA 22201-2159 |
| 16487823 | + | Omarco LLC, 1400 Woodside Dr, Woodbridge, VA 22191-3040 |
| 16487824 | + | Orla Brady, 10749 River Run Dr., Manassas, VA 20112-3005 |
| 16487825 | + | Orlando Rivera, 10116 Crashing Thunder Pl, Nokesville, VA 20181-3666 |
| 16487826 | | Ospnia-Villada, 154 Washington St., Occoquan, VA 22125 |
| 16487827 | + | Pat Marsh, JP4-Inc, 4432 Southern Business Park Dr, White Plains, RI 20695-2840 |
| 16487830 | + | Paul Gracy, P.O. Box 10283, McLean, NV 22102-8283 |
| 16487832 | #+ | Paul Moriarty, 7323 Toler Dr., Nokesville, VA 20181-5814 |
| 16487833 | + | Paul Muirhead, 13750 Restina Rd, Bristow, VA 20136-5789 |
| 16487834 | + | Paul Richter, 12002 Robin Drive, Catharpin, VA 20143-1308 |
| 16496772 | | Pawel Zabczyk, 3828 Calvert St NW, Washington, DC 20007-1820 |
| 16487835 | + | Pete Corraro, 13408 Perimeter Dr, Fredericksburg, VA 22407-1912 |
| 16487836 | + | Peter Jackson, 7398 Roxbury Ave, Manassas, VA 20109-3038 |
| 16487837 | + | Philip Saenger, 2601 Babcock Rd, Vienna, VA 22181-5427 |
| 16487838 | + | Philip Williams, 305 Sunny Hill Ct, Stafford, VA 22554-5084 |
| 16487840 | + | Rafael Orellano, 14086 Winding Ridge Ln, Centreville, VA 20121-2685 |
| 16487841 | + | Rafael Via Queveda, 9512 Tarvie Circle, Bristow, NV 20136-2115 |
| 16487842 | + | Randy Bissett, 7231 pinewood St, Falls Church, VA 22046-2703 |
| 16487843 | + | Randy Serrano, 2465 Army Navy Dr, #403, Arlington, VA 22206-2986 |
| 16487844 | + | Rebecca Box, 2600 E Cary St, Apt 4118, Richmond, VA 23223-7894 |
| 16487845 | + | Redwan Ziadeh, 5601 Seminary Rd, Apt 2113N, Falls Church, VA 22041-2984 |
| 16487846 | + | Rhain Epply, 5227 Blossom Hill Drive, Haymarket, VA 20169-3162 |

Case 24-11443-BFK   Doc 17   Filed 08/25/24   Entered 08/26/24 00:18:29   Desc Imaged
Certificate of Notice   Page 8 of 11

| District/off: 0422-9 | User: Nathaniel | Page 6 of 9 |
| --- | --- | --- |
| Date Rcvd: Aug 23, 2024 | Form ID: defntcng | Total Noticed: 387 |

| | | |
| --- | --- | --- |
| 16487847 | + | Rhett Walters, 204 Scaleby Ln., Boyce, VA 22620-2222 |
| 16487848 | + | Rich Jones, 7155 Barry Rd., Alexandria, VA 22315-3408 |
| 16487849 | + | Richard Davidson, 2225 Primrose, Falls Church, VA 22046-1839 |
| 16487850 | + | Richard Regan, 1404 Harle Place SW, Leesburg, NV 20175-5803 |
| 16487820 | + | Ridge Oliveiria, 1010 C St. SE, #A, Washington, VA 20003-2135 |
| 16487855 | + | Robert Hufman, 3050 P. St NW, Washington, DC 20007-3052 |
| 16487856 | + | Robert Reid, 10229 Still House Rd., Delaplane, VA 20144-2146 |
| 16487854 | + | Robert and Lisa Bussian, 7980 Amsterdam Ct., Gainesville, VA 20155-2881 |
| 16487857 | + | Roger Sultan, 44080 Chadds Ford Ct., Ashburn, VA 20147-4852 |
| 16487858 | + | Ron Lenz, 9216 Northedge Dr, Springfield, VA 22153-3920 |
| 16487859 | + | Ronald Hiss, 3802 N Stafford St, Arlington, VA 22207-4570 |
| 16487860 | + | Ronald Stevens, 6106 Occoquan Forest Dr., Manassas, VA 20112-3018 |
| 16487864 | + | Roy Shrout, 10502 Fairweather Ct, Manassas, VA 20112-2776 |
| 16487865 | #+ | Ryan Caldwell, 5462 Camellia Ct, Warrenton, VA 20187-7200 |
| 16487866 | #+ | Ryan Hasegawa, 8000 Hollington Plc, Fairfax Station, VA 22039-3160 |
| 16487868 | + | Ryan McGill, 1700 Madison Ave, Charlotte, NC 28216-5413 |
| 16487869 | + | Ryan Ochoa, 1514 Mallard Place, Front Royal, VA 22630-4712 |
| 16487870 | + | Ryan Proctor, 1380 Butter Churn Dr., Herndon, NV 20170-2015 |
| 16487871 | + | Ryan Stapleton, 13624 Tabscott Dr, Chantilly, VA 20151-3428 |
| 16487873 | + | Sal Speziale, 12515 knollbrook Dr., Clifton, VA 20124-1436 |
| 16487875 | + | Samantha Schutz, 2392 Headquarters Road, Edinberg, VA 22824-3851 |
| 16487876 | + | Sandeep Kumar Suggam, 156 Laurel Way, Apt 2B, Herndon, VA 20170-4424 |
| 16487877 | + | Sandra Louis, 20694 Erskine Terrace, Ashburn, VA 20147-3578 |
| 16487878 | + | Santorini Services LLC, 2000 Massachusetts Ave, Washington, DC 20036-1022 |
| 16487879 | + | Sara Moore, 6 Jerome Ave., Piedmont, CA 94611-4136 |
| 16487880 | + | Scott Haney, 6255 Langston Blvd, Arlington, VA 22205-2042 |
| 16487881 | + | Sean Driscoll, 8219 Roxborough Loop, Gainesville, VA 20155-3205 |
| 16487882 | + | Sean Green, 12655 Wimbley Lane, Woodbridge, VA 22192-5048 |
| 16487883 | | Sean MacDougall, 2991 S. 28th St., Apt. B2, Arlington, VA 22206 |
| 16487885 | + | Sean Payne, 2426 Ontario Rd NW, Apt 306, Washington, DC 20009-2777 |
| 16487886 | + | Sergio Ruiz-Chincilla, 6543 Braddock Road, Alexandria, VA 22312-2207 |
| 16487887 | + | Seth Erlich, 411 Green St, Alexandria, VA 22314-4319 |
| 16487888 | + | Seth Nelson, 475 K ST NW, Unit 1226, Washington, DC 20001-5275 |
| 16487889 | + | Shahbox Mahmud, 16531 Reservoir Loop, Dumfries, VA 22026-6851 |
| 16487890 | + | Shakarji, 821 Diamond Dr., Gaithersburg, MD 20878-1807 |
| 16487892 | + | Shibani Mukherji, 5809 Magnolia Ln, Falls Church, VA 22041-1662 |
| 16487893 | | Shujin Yu, 1530 Keg Blvd, Arlington, VA 22209 |
| 16487894 | + | Simpson, 26 N. Maryland Ave., Brunswick, MD 21716-1108 |
| 16487896 | + | Slate Funding, 15 America Ave, Suite 303, Lakewood, NJ 08701-4582 |
| 16487897 | + | Socrates Dimitriadas, 4822 Gainsborough Dr, Fairfax, VA 22032-2312 |
| 16487898 | + | Sophia Bullard, 125 S. Fairfax St, Alexandria, VA 22314-3301 |
| 16487899 | + | Sophie Ottosen, PO Box 1613, Leesburg, VA 20177-1613 |
| 16487900 | + | Stefan Backman, Po Box 752, Haymarket, VA 20168-0752 |
| 16487901 | + | Stephen Brenwald, 1200 Braddock Place, Unit 605, Alexandria, VA 22314-1666 |
| 16487902 | + | Stephen Migala, 6060 N Kostner Ave, Chicago, IL 60646-5063 |
| 16487903 | #+ | Stephen Miller, 9911 Stoughton Road, Fairfax, VA 22032-1051 |
| 16487904 | + | Steven Noethen, 12867 Misty Ln, Woodbridge, VA 22192-6432 |
| 16487905 | + | Steven Rynski, 12738 STONE LINED CIR, Woodbridge, VA 22192-5583 |
| 16487907 | + | Summer Gaud, 2441 Phillips Dr, Alexandria, VA 22306-6434 |
| 16487908 | + | Sun Kim, 52 Palisades Dr., Stafford, VA 22554-1740 |
| 16487909 | + | Sung Kim, 13971 Big Yankee Lane, Centreville, VA 20121-2679 |
| 16487910 | + | Sydneigh Rivers, 3817 Roxbury Court, Alexandria, VA 22309-3730 |
| 16487911 | + | Sydney Kosztolnik, 559 Highland Towne Ln, Warrenton, VA 20186-2625 |
| 16487912 | + | Syed Sobhan, 14943 Cherrywood Dr., Laurel, MD 20707-5556 |
| 16487913 | | Talha Javed, 505 18th St. South Crystal Flats, Apt 506, Arlington, VA 22202 |
| 16487914 | + | Tally Kuehne, 6205 Cardinal Brook Ct, West Springfield, VA 22152-1516 |
| 16487915 | + | Ted O'Neal, 2108 Sabrina Dr, Vienna, VA 22182-4023 |
| 16487917 | + | Thida Aung, 7480 Birchwood Ave, Apt 321, McLean, VA 22102-7443 |
| 16487918 | + | Thomas Dabney, 10608 Orchard St, Fairfax, VA 22030-3013 |
| 16487919 | + | Thomas Harvey, 4901 Barbour Drive, Alexandria, VA 22304-7707 |
| 16487921 | + | Tim Ryan, PO Box 272, Dahlgren, VA 22448-0272 |
| 16487923 | | Timothy Souders, 1 High Germany Street |
| 16487924 | + | Timothy Burtch, PO Box 44020, Washington, DC 20026-4020 |

Case 24-11443-BFK   Doc 17   Filed 08/25/24   Entered 08/26/24 00:18:29   Desc Imaged
                              Certificate of Notice   Page 9 of 11

| District/off: 0422-9 | User: Nathaniel | Page 7 of 9 |
| --- | --- | --- |
| Date Rcvd: Aug 23, 2024 | Form ID: defntcng | Total Noticed: 387 |

| | | |
| --- | --- | --- |
| 16487925 | + | Timothy Pollard, 223 Antietam Rd, Essex, MD 21221-1503 |
| 16487922 | + | Timothy Souders, 1 High Germany Street, Hancock, MD 21750-1025 |
| 16487926 | + | Todd Treadway, 2345 S. Ode St., Arlington, NV 22202-1543 |
| 16487927 | + | Tom Barbour, 8875 Tenbury Ct., Bristow, VA 20136-2016 |
| 16487929 | | Touchstone Helicopters, 434 Lorraine Blvd, Los Angeles, GA 30049 |
| 16487931 | + | Trevor Stephenson, 10420 Steeplechase Run Ln, Manassas, VA 20110-6928 |
| 16487933 | #+ | Tyjon Chapple, 1704 S 79th Glen, Phoenix, AZ 85043-5494 |
| 16487934 | + | Tyler Oliver, 6480 Brickleigh Ct, Alexandria, VA 22315-3489 |
| 16487935 | + | Vazquez, 3707 Fairways Ct., Fredericksburg, VA 22408-0236 |
| 16487937 | + | Wagner Walendy, 19050 Crimson Clover Terrace, Leesburg, VA 20176-8456 |
| 16487940 | + | Wayne Hallem, 14514 Bluff Point Ct, Gainesville, VA 20155-5215 |
| 16487941 | + | Westbrooke Homes, 7989 Kings Hwy, King George, VA 22485-7075 |
| 16487942 | + | William Ogle, 43804 Paramount Pl, Chantilly, VA 20152-5709 |
| 16487943 | + | William Pinney, 10497 West Dr., Fairfax, VA 22030-8124 |
| 16487944 | + | Wilson Ricks, 4641 Rock Spring Rd., Arlington, VA 22207-4240 |
| 16487945 | + | Xiaoye Yang, 6218 Winnepeg Drive, Burke, VA 22015-3848 |
| 16487946 | + | Xinli Wang, 2902 Amber Oaks Ct, Herndon, VA 20171-4203 |
| 16487947 | + | Yahya Hassan, 5701 Doyle Rd, Clifton, VA 20124-1306 |
| 16487948 | + | Yevgeniy Malashenok, 5712 Medallion Ct, Alexandria, VA 22303-1050 |
| 16487949 | + | Yi Chen, 6965 Grizzly Ct, Manassas, VA 20111-4375 |
| 16487950 | + | Yi Xu, 25811 Mews Terr, South Riding, VA 20152-6359 |
| 16487951 | + | Zabczyk, 2505 17th St NW, Unit 9, Washington, DC 20009-2865 |
| 16487952 | + | Zach Watts, 3000 S Randolph Street, Apt 178, Arlington, VA 22206-2248 |
| 16487953 | + | Zay Win, 3926 Fox Valley Dr, Rockville, MD 20853-3247 |
| 16487956 | #+ | Zion Logan, 1836 Poole Ln, McLean, VA 22101-5520 |

TOTAL: 381

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 16487532 | ^ | MEBN | Aug 24 2024 00:25:54 | C T Corporation System, 330 N Brand Blvd, Suite 700, Glendale, CA 91203-2336 |
| 16487562 | + | Email/Text: poc@cintas.com | Aug 24 2024 00:28:00 | Cintas Corp, P.O. Box 630803, Cincinnati, OH 45263-0803 |
| 16487575 | + | Email/Text: Bankruptcynotice@cscglobal.com | Aug 24 2024 00:27:00 | Corporation Service Company, PO Box 2576, Springfield, IL 62708-2576 |
| 16487627 | ^ | MEBN | Aug 24 2024 00:26:14 | Everest Business Funding, 102 W 38th St, 6th Floor, New York, NY 10018-3664 |
| 16487650 | + | Email/Text: collections@e-hps.com | Aug 24 2024 00:27:00 | Heartland, 1 Heartland Way, Jeffersonville, IN 47130-5870 |
| 16488844 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Aug 24 2024 00:26:00 | U.S. Attorneys Office, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 16487497 | | Alan Zhang |
| 16487505 | | Ali Hashmi, 20495 Cherrystone Pl |
| 16487507 | | Andrew Baltrinic |
| 16487546 | | Chase Berz |
| 16487547 | | Chekuri |
| 16487566 | | Clay Wilkins, 104 Anthem Ave |
| 16487580 | | Dan Converse |
| 16487582 | | Dan Paulson, 2103 Kings Mill Ct |
| 16487610 | | Doug Smith |

Case 24-11443-BFK   Doc 17   Filed 08/25/24   Entered 08/26/24 00:18:29   Desc Imaged
Certificate of Notice   Page 10 of 11

| District/off: 0422-9 | User: Nathaniel | Page 8 of 9 |
|---|---|---|
| Date Rcvd: Aug 23, 2024 | Form ID: defntcng | Total Noticed: 387 |

| | | |
|---|---|---|
| 16487611 | | Doug Yurovich |
| 16487648 | | Haley |
| 16487651 | | Hengchaun Zhang |
| 16487654 | | Hye Park |
| 16487665 | | Jacob Davis |
| 16487707 | | John McCracken |
| 16487710 | | John Ratcliffe |
| 16487712 | | Jon Hanson |
| 16487730 | | Julian Morrison, 7100 Marine Dr. |
| 16487740 | | Kenneth Wooten |
| 16487741 | | Kevin Hugg |
| 16487760 | | Lee Hattrup, 6559 Spring Valley Dr |
| 16487774 | | Mark Goldrup |
| 16487776 | | Mark Newman |
| 16487798 | | Michelle Craig |
| 16487799 | | Mike Dermott, 5301 Esabell Ct |
| 16487800 | | Mike Fitzgerald, 3971 26th St. N |
| 16487801 | | Mike Lovitt |
| 16487831 | | Paul Gracy, PO Box 10283 |
| 16487839 | | Prelowski |
| 16487852 | | Rick Van Rossem |
| 16487851 | | Rick and Harry Parish , c/o Vince Gordon, HFW, 607 Al Khatem Tower, ADGM Square, AlMa, PO Box 764608 |
| 16487853 | | Riley |
| 16487861 | | Rory Glenn Paxcua |
| 16487863 | | Ross Cornielia |
| 16487872 | | Saeed Joulapour |
| 16487874 | | Sam futch |
| 16487895 | | Skyler Burnam |
| 16487906 | | Stuart Seal |
| 16487920 | | Thompson |
| 16487930 | | Travis Lam |
| 16487938 | | Warren Converse |
| 16487955 | | Zhang Heuychuan |
| cr | *+ | Devin Lynch, 1000 S. Capitol St SE, Apt 725, Washington, DC 20003-5155 |
| cr | *+ | Michael Fitzgerald, 3971 26th St. N., Arlington, VA 22207-5202 |
| 16487493 | ##+ | Adam Sanfacon, 5870 Iron Stone Ct., Centreville, VA 20120-4915 |
| 16487496 | ##+ | Akshay Belle, 24857 Mason Dale Ter, Chantilly, VA 20152-4504 |
| 16487519 | ##+ | Arthur Womble, 3273 Eagle Ridge Dr, Woodbridge, VA 22191-6520 |
| 16487554 | ##+ | Chris Watson, 8513 Towne Manor Court, Alexandria, VA 22309-4504 |
| 16487560 | ##+ | Christopher Tonsmeire, 1628 Poplar Grove Drive, Reston, VA 20194-1737 |
| 16487570 | ##+ | Colin Caskey, 6406 Lureta Ann Lane, Springfield, VA 22150-7831 |
| 16487573 | ##+ | Cooper Smith, 9036 Lorton Station Blvd, Apt 319, Lorton, VA 22079-4770 |
| 16487579 | ##+ | D. Kotambage, 25098 Magnetite Ter., Aldie, VA 20105-3076 |
| 16487596 | ##+ | David Wells, 5990 Richmond HWY, Apt 1311, Alexandria, VA 22303-2753 |
| 16487598 | ##+ | Derek Hufty, 6013 Sherburn Ln., Springfield, VA 22152-1628 |
| 16487620 | ##+ | Eric Marcus, 10484 Blue Spruce Ct, McGaheysville, VA 22840-2374 |
| 16487625 | ##+ | Eric Wohlrab, 3463 Madelyn Ct., Woodbridge, VA 22192-6472 |
| 16487629 | ##+ | Fabian Kluessendorf, 3411 Slade Ct, Falls, Church, VA 22042-3918 |
| 16487646 | ##+ | Gregory Mitchell, 900 N Stuart St, Unit 722, Arlington, VA 22203-4105 |
| 16487655 | ##+ | Ian Oconell, 15236 Warbler Ct., Woodbridge, VA 22193-1685 |
| 16487664 | ##+ | Jackson Sharpe, 7418 Old Maple Sq., McLean, VA 22102-2817 |
| 16487668 | ##+ | Jaime Lopera, 13919 Baton Rouge Ct, Centreville, VA 20121-3528 |
| 16487670 | ##+ | James Bentley, 129 Fleetwood Ter, Silver Spring, MD 20910-5563 |
| 16487683 | ##+ | Javier Tort Fuentes, 3004 Sayre Rd, Fairfax, VA 22031-1100 |
| 16487688 | ##+ | Jeff Kemp, 5865 Trinity Parkway, Apt 422, Centreville, VA 20120-2453 |
| 16487691 | ##+ | Jeremiah Roe, 13190 Flynn Ct, Bristow, VA 20136-1759 |
| 16487693 | ##+ | Jeremy Sumruld, 6409 2nd Street, Alexandria, VA 22312-1840 |
| 16487708 | ##+ | John Nilsen, 1941 N Cameron St, Apt 7, Arlington, VA 22207-2087 |
| 16487719 | ##+ | Joseph Block, 1200 N Herndon St, Apt. 603, Arlington, VA 22201-7026 |
| 16487720 | ##+ | Joseph Elkhoury, 901 N Pollard St, Apt 311, Arlington, VA 22203-4089 |
| 16487750 | ##+ | Kyle Gurgick, 43883 Stronghold Ct, Ashburn, VA 20147-3919 |
| 16487757 | ##+ | Lauren Duvall, 5706 Harrison House Court, Centreville, VA 20120-2807 |
| 16487759 | ##+ | Lee Hattrup, 6559 Spring Valley Dr, Alexandria, VA 22312-2134 |

| | | |
|---|---|---|
| 16487789 | ##+ | Meron Bekele, 5571 Vincent Gate Terr, Unit 1432, Alexandria, VA 22312-2585 |
| 16487810 | ##+ | Nathan Dolan, 3592 Water Birch Ct, Woodbridge, VA 22192-4545 |
| 16487811 | ##+ | Nathan Sands, 7700 Jewelweed Ct, Springfield, VA 22152-3143 |
| 16487817 | ##+ | Nolan Warning, 2330 Dulles Station Blvd, Apt 2210, Herndon, VA 20171-6195 |
| 16487828 | ##+ | Patrick Russell, 2340 Old Trail Dr, Reston, VA 20191-3038 |
| 16487829 | ##+ | Paul Dean, 7755 New Providence Drive, Apt 58, Falls Church, VA 22042-4420 |
| 16487862 | ##+ | Ros Lary, 4440 Willard Avenue, Apt 1102, Chevy Chase, MD 20815-3767 |
| 16487867 | ##+ | Ryan Mange, 5150 Indian Head Road, Salem, VA 24153-8462 |
| 16487884 | ##+ | Sean Magargle, 29827 Donna Dr., Mechanicsville, MD 20659-3518 |
| 16487891 | ##+ | Shaun Baldwin, 81 Bristow Ln, Berryville, VA 22611-3019 |
| 16487916 | ##+ | Terry Leon, 419 S Payne St, Alexandria, VA 22314-5944 |
| 16487928 | ##+ | Tom Bibbo, 13076 Marcy Creek Rd, Herndon, VA 20171-4807 |
| 16487932 | ##+ | Tristin Gates, 2701 Neabsco Common Pl, Apt 320, Woodbridge, VA 22191-6707 |
| 16487936 | ##+ | Vincel Madelo, 2137 Whisper Way, Reston, VA 20191-4147 |
| 16487939 | ##+ | Wayne Frost, 7 Calvert Ct, Fredericksburg, VA 22405-1839 |
| 16487954 | ##+ | Zeblon Pixley, 8514 Old Still House Rd, Rixeyville, VA 22737-2034 |

TOTAL: 42 Undeliverable, 2 Duplicate, 44 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gerard R. Vetter | ustpregion04.ax.ecf@usdoj.gov |
| Janet M. Meiburger | trustee@meiburgerlaw.com   VA41@ecfcbis.com |
| Timothy J. McGary | on behalf of Debtor American Aviation Manassas  LLC tjm@mcgary.com, mark@mcgary.com |

TOTAL: 3