# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
_____ Division

**In re** American Aviation Manassas, LLC

| | |
|---|---|
| Debtor(s) | Case No. |
| | |
| Plaintiff(s) | Chapter 7 |
v.
| Defendant(s) | Adversary No. |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to FRBP 1007(a)(1), or FRBP 7007.1(a) the undersigned counsel for the following corporate entity:
American Aviation Manassas, LLC f.k.a. American Aviation Services, LLC

in the above captioned case or adversary proceeding certifies that the following corporation(s), other than a governmental unit, directly or indirectly owns 10% or more of any class of the corporation's equity interest, or states that there are no entities to report under FRBP 1007(a)(1), or FRBP 7007.1(a):

☒ No entities to report under FRBP 1007(a)(1), or FRBP 7007.1(a) *[Check if applicable]*

08/06/2024  /s/Timothy J. McGary
Date  Signature of Debtor's Counsel or
Party in Adversary Proceeding

[cpownstm ver. 3/2004]