**Fill in this information to identify the case:**

Debtor name  American Aviation Manassas, LLC

United States Bankruptcy Court for the: Eastern District of Virginia

(State)

Case number (If known):    24-11443

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**    Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...........................................................  $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................  $ _____ 200,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...........................................................  $ _____ 200,000.00

---

**Part 2:**    Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................  $ _____ 7,161,890.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*..........................................................  $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ....................................  +$ _____ 9,296,881.39

4. **Total liabilities**...........................................................................................................................................  $ _____ 16,458,771.39
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___American Aviation Manassas, LLC___

United States Bankruptcy Court for the: ___Eastern District of Virginia___

Case number (If known): ___24-11443___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Atlantic Union | Checking | 3 1 0 1 | $ 0.00 |
| 3.2. | Truist Bank | Checking | 2 8 0 7 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $_____ |
|---|---|---|
| 4.2. | _____ | $_____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 0.00

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | _____ | $_____ |
|---|---|---|
| 7.2. | _____ | $_____ |

Debtor  American Aviation Manassas, LLC
      Name

Case number (*if known*) 24-11443

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.       $_____

---

### Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                                **Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........ ➜   $_____
                            face amount             doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........ ➜   $_____
                            face amount             doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $_____

---

### Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                            % of ownership:

15.1._____ _____%   _____   $_____

15.2._____ _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.       $_____

---

Debtor    American Aviation Manassas, LLC _____    24-11443
          Name

Case number (if known) _____

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Debtor   American Aviation Manassas, LLC
         Name
                                                                    Case number (if known) 24-11443

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor __American Aviation Manassas, LLC_____ Case number _(if known)_ __24-11443__
      Name

---

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 Robinson, Raven II R44 Helicopter N213AW | $ 200,000.00 | Book Value | $ 200,000.00 |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 200,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor _____American Aviation Manassas, LLC_____    24-11443_____
             Name                                                                    Case number (if known)

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor   American Aviation Manassas, LLC _____   Case number (if known) 24-11443
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $_____
                             Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    American Aviation Manassas, LLC                                      24-11443
          Name                                          Case number (if known)

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 200,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 200,000.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.  200,000.00  .................................................................................  $ 200,000.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | American Aviation Manassas, LLC |
| United States Bankruptcy Court for the: | Eastern District of Virginia |
| Case number (If known): | 24-11443 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name<br>BDR Avanti Finance | Describe debtor's property that is subject to a lien | $ 0.00 | $ 0.00 |
|---|---|---|---|

Creditor's mailing address
4826 Piney Branch Rd
Suite 200, Fairfax, VA 22030

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account number

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name<br>Business Ventures Management, LLC c/o<br>Gross, Romanick, Dean & DeSimone, PC | Describe debtor's property that is subject to a lien | $1,800,000.00 | $0.00 |
|---|---|---|---|

Creditor's mailing address
3975 University Drive
Suite 410, Fairfax, VA 22030

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account number

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**            $ 7,161,890.00

Debtor  American Aviation Manassas, LLC

Name

Case number (if known)  24-11443

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name

C T Corporation System

**Creditor's mailing address**

330 N Brand Blvd

Suite 700, Glendale, CA 91203

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$0.00

$0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Creditor's name

Corporation Service Company

**Creditor's mailing address**

PO Box 2576

Springfield, IL 62708

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$0.00

$0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  American Aviation Manassas, LLC
Name

Case number *(if known)*  24-11443

---

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
Donald G Costello Trust c/o Sally Hostetler, Odin Feldman, Pittleman

**Describe debtor's property that is subject to a lien**

$25,000.00     $0.00

**Creditor's mailing address**

1775 Wiehle Ave
Ste 400, Reston, VA 20190

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** **Creditor's name**
Everest Business Funding

**Describe debtor's property that is subject to a lien**

$75,000.00     $0.00

**Creditor's mailing address**

102 W 38th St
6th Floor, New York, NY 10018

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | American Aviation Manassas, LLC | Case number *(if known)* | 24-11443 |
| | Name | | |

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7**

**Creditor's name**
Frederic Gumbinner and Brad Mann c/o Gross, Romanick, Dean & DeSimone, PC

**Creditor's mailing address**

3975 University Drive
Suite 410, Fairfax, VA 22030

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

$1,800,000.00        $0.00

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.8**

**Creditor's name**
Hubert Zucker, HR Ztech LLC

**Creditor's mailing address**

PO Box 223711
Chantilly, VA 20153

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

$150,000.00        $0.00

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | American Aviation Manassas, LLC | Case number *(if known)* | 24-11443 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** Creditor's name
Icon Finance, LLC c/o Gross, Romanick, Dean & DeSimone, PC

**Describe debtor's property that is subject to a lien**

$1,800,000.00         $ 0.00

**Creditor's mailing address**

3975 University Drive
Suite 410, Fairfax, VA 22030

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** Creditor's name
Julian Morrison

**Describe debtor's property that is subject to a lien**

$ 15,000.00         $ 0.00

**Creditor's mailing address**

7100 Marine Dr.
Alexandria, VA 22307

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | American Aviation Manassas, LLC | Case number *(if known)* | 24-11443 |
| | Name | | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>*Value of collateral that supports this claim* |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.11** **Creditor's name**
Philip Saenger

**Describe debtor's property that is subject to a lien**

$330,000.00          $ 0.00

**Creditor's mailing address**

2601 Babcock Rd
Vienna, VA 22103

**Creditor's email address, if known**

**Describe the lien**

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.12** **Creditor's name**
Santorini Services LLC

**Describe debtor's property that is subject to a lien**

$ 990,000.00          $ 0.00

**Creditor's mailing address**

2000 Massachusetts Ave
Washington, DC 20036

**Creditor's email address, if known**

**Describe the lien**

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | American Aviation Manassas, LLC | Case number *(if known)* | 24-11443 |
|--------|-------------------------------|--------------------------|----------|
|        | Name |  |  |

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B *Value of collateral that supports this claim* |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13** Creditor's name
Slate Funding

**Describe debtor's property that is subject to a lien**

$26,890.00        $0.00

**Creditor's mailing address**

15 America Ave
Suite 303, Lakewood, NJ 8701

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
 ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

 ☐ Yes. The relative priority of creditors is specified on lines _____

**2.14** Creditor's name
Westbrooke Homes

**Describe debtor's property that is subject to a lien**

$150,000.00        $0.00

**Creditor's mailing address**

7989 Kings Hwy
King George, VA 22485

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
 ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

 ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | American Aviation Manassas, LLC | Case number (if known) | 24-11443 |
| | Name | | |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____American Aviation Manassas, LLC_____

United States Bankruptcy Court for the: ____Eastern District of Virginia____

Case number _____24-11443_____
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

_____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

_____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

_____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Debtor | American Aviation Manassas, LLC | Case number (if known) | 24-11443 |
|---|---|---|---|
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
**Nonpriority creditor's name and mailing address**
Aaron Butters
2985 District Ave
Apt #454
Fairfax, VA 22031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 2,295.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2**
**Nonpriority creditor's name and mailing address**
Aastha Patel
7445 Sandy Bottom Ct

Hughesville, MD 20637

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 5,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3**
**Nonpriority creditor's name and mailing address**
Adam Gurson
15091 Stillfield Pl

Centreville, VA 20120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 6,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4**
**Nonpriority creditor's name and mailing address**
Adam Sanfacon
5870 Iron Stone Ct.

Centreville, VA 20120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 3,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**
**Nonpriority creditor's name and mailing address**
Adam Yingling
9422 Goshen Lane

Burke, VA 22015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 6,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6**
**Nonpriority creditor's name and mailing address**
Adrian Polinski
1309 Forty Oaks Dr

Herndon, VA 22170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 3,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____American Aviation Manassas, LLC_____    Case number _(if known)_ __24-11443__
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.7  Nonpriority creditor's name and mailing address**

Akshay Belle
24857 Mason Dale Ter

Chantilly, VA 20152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,300.00

---

**3.8  Nonpriority creditor's name and mailing address**

Alec Frye
5361 Fishers hill Way

Haymarket, VA 20163

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,300.00

---

**3.9  Nonpriority creditor's name and mailing address**

Alejandro Pamparatto
3956 Valley Ridge Dr

Fairfax, VA 22033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,053.00

---

**3.10  Nonpriority creditor's name and mailing address**

Alex Greenlee
5401 Wycklow Ct

Alexandria, VA 22304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,500.00

---

**3.11  Nonpriority creditor's name and mailing address**

Alexander Gallant
7036 Hepworth Dr

Henrico, VA 23231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,500.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 3 of 85

Debtor _American Aviation Manassas, LLC_____    Case number _(if known)_ _24-11443_
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 12  **Nonpriority creditor's name and mailing address**

Alexander Garnet
2671 Avalon Ct
Apt 402
Alexandria, VA 22314

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 10,500.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 13  **Nonpriority creditor's name and mailing address**

Alexandra West
3705 Krysia Ct

Annandale, VA 22003

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 600.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 14  **Nonpriority creditor's name and mailing address**

Ali Hashmi
20495 Cherrystone Pl

Ashburn, VA 22107

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 20,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 15  **Nonpriority creditor's name and mailing address**

Ali Mehsen
13621 Jacks Dr

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,500.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 16  **Nonpriority creditor's name and mailing address**

Andrew Garver
12115 Wedgeway Ct

Fairfax, VA 22033

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 8,500.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor _____American Aviation Manassas, LLC_____     Case number _(if known)_ __24-11443__
         Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 17 **Nonpriority creditor's name and mailing address**

Andrew McLean
1113 R St NW

Washington, DC 20009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 625.30

---

**3.** 18 **Nonpriority creditor's name and mailing address**

Andrew Pitale
10707 Ox Croft Court

Fairfax Station, VA 22039

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,300.00

---

**3.** 19 **Nonpriority creditor's name and mailing address**

Andrew Sines
146 Northampton Blvd.

Stafford, VA 22554

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 7,000.00

---

**3.** 20 **Nonpriority creditor's name and mailing address**

Andy Weeden
17119 Belle Isle Dr.

Dumfries, VA 22026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 3,500.00

---

**3.** 21 **Nonpriority creditor's name and mailing address**

Anna Downing
5980 Waterflow Ct

Centreville, VA 20121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 29,904.50

---

Debtor  American Aviation Manassas, LLC                           Case number (if known)  24-11443
        Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22**  Nonpriority creditor's name and mailing address

Annamarie penning
13955 Mansarde Ave
Apt 448
Herndon, VA 20171

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,035.00

---

**3.23**  Nonpriority creditor's name and mailing address

Anthony Ferrari
8780 Brook Estates Ct

Lorton, VA 22079

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,200.00

---

**3.24**  Nonpriority creditor's name and mailing address

Anthony Gonzalez
3424 Flint Hill Pl.

Woodbridge, VA 22192

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,470.00

---

**3.25**  Nonpriority creditor's name and mailing address

Anusha Ganji
2105 Highcourt
Apt 103
Herndon, VA 20170

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 8,500.00

---

**3.26**  Nonpriority creditor's name and mailing address

APP Jet Center
9998 Wakeman Dr

Manassas, VA 20110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 40,000.00

---

Debtor _____   Case number *(if known)* __24-11443__
         American Aviation Manassas, LLC
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 27  **Nonpriority creditor's name and mailing address**

Arthur Womble
3273 Eagle Ridge Dr

Woodbridge, VA 22114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,000.00

---

**3.** 28  **Nonpriority creditor's name and mailing address**

Atty: James P. Campbell, Esq, Campbell
Flannery
1602 Village Market Blvd Suite
Ste 225
Leesburg, VA 20175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 400,000.00

---

**3.** 29  **Nonpriority creditor's name and mailing address**

Barbera, Charles
10159 Broadsword Dr

Bristow, VA 20136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,000.00

---

**3.** 30  **Nonpriority creditor's name and mailing address**

Barret White
5490 Middlebourne Lane

Centreville, VA 20120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,500.00

---

**3.** 31  **Nonpriority creditor's name and mailing address**

Ben Nickell
100 Fort Pickens Rd.
Unit 206
Pensacola Beach, FL 32561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,035.00

---

| Debtor | American Aviation Manassas, LLC | Case number (if known) | 24-11443 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.32**   **Nonpriority creditor's name and mailing address**

Brett Estes
8659 Ruby Rise Pl

Bristow, VA 20136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 1,200.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.33**   **Nonpriority creditor's name and mailing address**

Brett Lorenz
23633 Waterford Downs Terr

Ashburn, VA 20148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 12,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.34**   **Nonpriority creditor's name and mailing address**

Brian Harrington
831 Duke St.

Alexandria, VA 22314

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 2,450.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.35**   **Nonpriority creditor's name and mailing address**

Brian Purdy
4737 SW 57th Drive

Gainesville, FL 32608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 22,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.36**   **Nonpriority creditor's name and mailing address**

Brooke Bedell
203 Yoakum PKWY
1101
Alexandria, VA 22304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 4,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor _____    Case number *(if known)*__24-11443__
         American Aviation Manassas, LLC
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 37    **Nonpriority creditor's name and mailing address**

Bryce Martin
2068 Whisperwood Glen Ln

Reston, VA 20191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 288.00

---

**3.** 38    **Nonpriority creditor's name and mailing address**

Caleb Weaver
2357 Huntington Station Ct

Alexandria, VA 22303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 920.70

---

**3.** 39    **Nonpriority creditor's name and mailing address**

Calvin Huynh-nguyen
12831 Poplar Creek Dr

Fairfax, VA 22003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,543.00

---

**3.** 40    **Nonpriority creditor's name and mailing address**

Caplin & Drysdale
One Thomas Circle NW
Ste 1100
Washington, DC 20005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 200,000.00

---

**3.** 41    **Nonpriority creditor's name and mailing address**

Carl Kreisel
3160 Plantation Pkwy

Fairfax, VA 22030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,967.00

---

Debtor    American Aviation Manassas, LLC _____    Case number *(if known)*  24-11443
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.42** **Nonpriority creditor's name and mailing address**

Carolyn Zatloukal
26069 Grazing Ct

Aldie, VA 20105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,500.00

---

**3.43** **Nonpriority creditor's name and mailing address**

Carrie Walters
5901 Quintana Ct.

Burke, VA 20155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 400.00

---

**3.44** **Nonpriority creditor's name and mailing address**

Cayden Wilcox
9920 Fisner Ford Ct

Bristow, VA 20136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,000.00

---

**3.45** **Nonpriority creditor's name and mailing address**

Cesar Ulloa
14744 Truitt Farm Dr

Centreville, VA 20120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 600.00

---

**3.46** **Nonpriority creditor's name and mailing address**

Chad Prince
13320 Signal Tree Ln

Potomac, MD 20854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 40,000.00

Debtor    American Aviation Manassas, LLC                          Case number *(if known)*    24-11443
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** **Nonpriority creditor's name and mailing address**

Charles Bobbish
11051 Birdfoot Lane

Reston, VA 20191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,800.00

---

**3.48** **Nonpriority creditor's name and mailing address**

Charles Kuhn c/o  JK Moving
6511 MEGILLS CROSSING WAY

Clifton, VA 20124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 80,000.00

---

**3.49** **Nonpriority creditor's name and mailing address**

Charles Purcell
17055 Mountain Rd.

Montpelier, VA 23192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 13,000.00

---

**3.50** **Nonpriority creditor's name and mailing address**

Charles Smith
15671 Spyglass Hill Loop

Gainesville, VA 20155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 2,500.00

---

**3.51** **Nonpriority creditor's name and mailing address**

Chris Baughman
9620 Allegro Dr.

Manassas, VA 20112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 510.00

---

Debtor __American Aviation Manassas, LLC_____ Case number _(if known)_ __24-11443__
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 52**   **Nonpriority creditor's name and mailing address**

Chris Cogar
2914 Ellenwood Dr

Fairfax, VA 22031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 30,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 53**   **Nonpriority creditor's name and mailing address**

Chris Rowe
7902 Tysons One Place
Unit 2603
McLean, VA 22102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 33,599.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 54**   **Nonpriority creditor's name and mailing address**

Chris Single
17658 Hamilton Heights Ct

Hamilton, VA 20158

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,880.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 55**   **Nonpriority creditor's name and mailing address**

Chris Trenkov
5520 Belle Pond Dr.

Centreville, VA 20120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,040.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 56**   **Nonpriority creditor's name and mailing address**

Chris Vasel
9285 Alvyn Lake Cir

Bristow, VA 20136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,844.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Aviation Manassas, LLC | Case number _(if known)_ 24-11443 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57   Nonpriority creditor's name and mailing address**

Chris Watson
8513 Towne Manor Court

Alexandria, VA 22304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31,746.48

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.58   Nonpriority creditor's name and mailing address**

Christian Brielmier
24264 Zachary Taylor Hwy

Culpeper, VA 22701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,400.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.59   Nonpriority creditor's name and mailing address**

Christian Recalde
16541 Sherwood Pl

Woodbridge, VA 22191

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 320.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.60   Nonpriority creditor's name and mailing address**

Christopher Fazzalare
320 23rd St S

Arlington, VA 22202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.61   Nonpriority creditor's name and mailing address**

Christopher Kachouroff, Dominion Law Services
3520 Finish line Dr

Gainesville, VA 20155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor  American Aviation Manassas, LLC _____   Case number (if known)   24-11443 _____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.62   Nonpriority creditor's name and mailing address**

Christopher Salisbury
9137 Grant Ave

Manassas, VA 22106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 180,000.00

---

**3.63   Nonpriority creditor's name and mailing address**

Christopher Tonsmeire
1628 Poplar Grove Drive

Reston, VA 20194

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 11,500.00

---

**3.64   Nonpriority creditor's name and mailing address**

Cindy Lotz
16714 Misty Ridge Ln

Hillsboro, VA 20132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 1,315.00

---

**3.65   Nonpriority creditor's name and mailing address**

Cintas Corp
P.O. Box 630803

Cincinnati, OH 45263

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 10,000.00

---

**3.66   Nonpriority creditor's name and mailing address**

City of Manassas
10600 Harry J Parrish Blvd
2nd Floor
Manassas, VA 20110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 15,507.70

---

Debtor __American Aviation Manassas, LLC_____    Case number _(if known)_ __24-11443__
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67  Nonpriority creditor's name and mailing address**

Clay Carter
8112 Kane Ct.

Alexandria, VA 22308

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 800.00

---

**3.68  Nonpriority creditor's name and mailing address**

Clay Wilkins
104 Anthem Ave

Herndon, VA 20170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 75,000.00

---

**3.69  Nonpriority creditor's name and mailing address**

Clayton Percle
13101 Loth Lorian Dr

Clifton, VA 20124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 65,000.00

---

**3.70  Nonpriority creditor's name and mailing address**

Cody Kennedy
24949 Castleton Dr

Chantilly, VA 20152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 2,800.00

---

**3.71  Nonpriority creditor's name and mailing address**

Cody Vassar
3095 Washburn Rd.

Bliss, NY 10424

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 2,390.00

---

Debtor _____American Aviation Manassas, LLC_____   Case number *(if known)* __24-11443__
            Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

Colin Caskey
6406 Lureta Ann Lane

Springfield, VA 20150

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,000.00

---

**3.73** Nonpriority creditor's name and mailing address

Conner Crilly
1201 Half St SE
Apt 1106
Washington, DC 20003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,000.00

---

**3.74** Nonpriority creditor's name and mailing address

Conrad Tubbs
2979 Franklin Oaks Dr

Herndon, VA 20171

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 400.00

---

**3.75** Nonpriority creditor's name and mailing address

Cooper Smith
9036 Lorton Station Blvd
Apt 319
Lorton, VA 22079

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,710.00

---

**3.76** Nonpriority creditor's name and mailing address

Corey Kline
5742 Moonbeam

Woodbridge, VA 22193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,450.00

---

Debtor   American Aviation Manassas, LLC
_____   Case number _(if known)_ 24-11443
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77**  **Nonpriority creditor's name and mailing address**

Craig Llewellyn
6011 Leewood Drive

Alexandria, VA 22310

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,936.75

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.78**  **Nonpriority creditor's name and mailing address**

Curt Kennedy
3844 Farrcroft Green

Fairfax, VA 22030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,548.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.79**  **Nonpriority creditor's name and mailing address**

Curtis Smith
2083 Alder Ln

Dumfries, VA 22026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,475.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.80**  **Nonpriority creditor's name and mailing address**

D. Kotambage
25098 Magnetite Ter.

Aldie, VA 20105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 350.40

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.81**  **Nonpriority creditor's name and mailing address**

Dan Miller
5620 Arrowfield Terrace

Haymarket, VA 20163

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 900.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

| Debtor | American Aviation Manassas, LLC | Case number *(if known)* | 24-11443 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.82    Nonpriority creditor's name and mailing address**

Daniel Baybayan
5742 Janneys Mill Cir

Haymarket, VA 20169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,500.00

---

**3.83    Nonpriority creditor's name and mailing address**

Daniel Denfinis
4137 Weeping Willow Ct

Chantilly, VA 20151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,000.00

---

**3.84    Nonpriority creditor's name and mailing address**

Daniel Smith
279 Carefree Lane

Boyce, VA 22620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 500.00

---

**3.85    Nonpriority creditor's name and mailing address**

Danny Miller
12207 Woodlark Ct

Manassas, VA 20112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 130,000.00

---

**3.86    Nonpriority creditor's name and mailing address**

Danny Poulsen
2103 Kings Mill Ct

Falls Church, VA 22043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,334.20

---

Debtor _____American Aviation Manassas, LLC_____    Case number _(if known)_ __24-11443__
                Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.87** Nonpriority creditor's name and mailing address

Darius Sanders
101 Seth Dr

Fredericksburg, VA 20406

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,600.00

---

**3.88** Nonpriority creditor's name and mailing address

Darren Smith
311 Cutter Cove

Stafford, VA 22554

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 95,000.00

---

**3.89** Nonpriority creditor's name and mailing address

David Fink
8129 Mount Vernon Hwy

Alexandria, VA 22309

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,100.00

---

**3.90** Nonpriority creditor's name and mailing address

David Gigrich
9202 Forest Greens Drive

Lorton, VA 22079

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,236.20

---

**3.91** Nonpriority creditor's name and mailing address

David Leipnik, Gross, Mendelsohn & Associates
1801 Porter St
Ste 500
Baltimore, MD 21230

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25,000.00

---

Debtor      American Aviation Manassas, LLC                                      Case number *(if known)*   24-11443
           Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92**   **Nonpriority creditor's name and mailing address**

David Mills
7514 Edington Drive

Warrenton, VA 20187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 4,800.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.93**   **Nonpriority creditor's name and mailing address**

David Rochez
467 Inca Rd.

Linden, VA 22642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,700.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94**   **Nonpriority creditor's name and mailing address**

David Tompkins
8101 Hawthorne Rd

Bethesda, MD 20817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,940.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95**   **Nonpriority creditor's name and mailing address**

David Wells
5990 Richmond HWY
Apt 1311
Alexandria, VA 22303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,200.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96**   **Nonpriority creditor's name and mailing address**

Deeb Maalouf
10022 Crest Hill Road

Marshall, VA 20115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  American Aviation Manassas, LLC _____  Case number *(if known)* __24-11443__
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.97**  **Nonpriority creditor's name and mailing address**

Derek Hufty
6013 Sherburn Ln.

Springfield, VA 22152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,470.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.98**  **Nonpriority creditor's name and mailing address**

Derek Sandler
6572 Wellspring Ct

Warrenton, VA 20187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,900.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.99**  **Nonpriority creditor's name and mailing address**

Devin Lynch
79 Potomac Ave SE
Apt 946
Washington, DC 20003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,625.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.100**  **Nonpriority creditor's name and mailing address**

Devin Purifoy
8614 Braddock Ave

Alexandria, VA 22309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,300.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.101**  **Nonpriority creditor's name and mailing address**

Dhelbi Pullen
1221 S Eads St.
Apt 304
Arlington, VA 22202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,740.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

Debtor  American Aviation Manassas, LLC _____   Case number (if known) 24-11443 _____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 102   **Nonpriority creditor's name and mailing address**

Dhruva Poluru
13368 Arrowbrook Centre Dr

Herndon, VA 22171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 4,580.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 103   **Nonpriority creditor's name and mailing address**

Don Kang
12829 Shadow Oak Ln

Fairfax, VA 22033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 2,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 104   **Nonpriority creditor's name and mailing address**

Don Shields
904 Hoptor Rd.

Woodbridge, VA 20191

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 11,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 105   **Nonpriority creditor's name and mailing address**

Donald D and Deborah L Harris
PO Box 129

Brandywine, WV 26802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 90,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 106   **Nonpriority creditor's name and mailing address**

Donald O Hewitt
2051 Hillside Dr

Falls Church, VA 22105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 90,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Aviation Manassas, LLC | Case number *(if known)* | 24-11443 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **107** **Nonpriority creditor's name and mailing address**

Doug Bouton
7704 Cumbertree Ct

Springfield, VA 22153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11,500.00

---

**3.** **108** **Nonpriority creditor's name and mailing address**

Drew Smith
8131 Corromar way

Gainesville, VA 20155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,710.00

---

**3.** **109** **Nonpriority creditor's name and mailing address**

Dulles Aviation Inc
13141 Flynn Ct

Bristow, VA 22112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 455,000.00

---

**3.** **110** **Nonpriority creditor's name and mailing address**

Dylan Stephan
4723 Benjamin Cross Ct

Chantilly, VA 20151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 40,000.00

---

**3.** **111** **Nonpriority creditor's name and mailing address**

EBCO Insurance
3070 Five Forks Trickum Rd

Lilburn, GA 30047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 20,000.00

---

Debtor _____American Aviation Manassas, LLC_____   Case number _(if known)_ __24-11443__
           Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.112  Nonpriority creditor's name and mailing address**

Ediriwanna Wimalkantha
4352 lee highway
Apt. G2
Arlington, VA 22207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 2,000.00

---

**3.113  Nonpriority creditor's name and mailing address**

Eka Renardi
24458 Juniper Wood Ter

Sterling, VA 20166

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 12,000.00

---

**3.114  Nonpriority creditor's name and mailing address**

Eric H. Norby c/o Woodburn Nuclear Medicine
3289 Woodburn Rd
Ste 060
Annandale, VA 22115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,500,000.00

---

**3.115  Nonpriority creditor's name and mailing address**

Eric Johnson
5517 Roan Chapel Dr

Haymarket, VA 20169

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 475.00

---

**3.116  Nonpriority creditor's name and mailing address**

Eric Marcus
10484 Blue Spruce Ct

McGaheysville, VA 22840

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,900.00

---

Debtor _____    Case number _(if known)_ ____24-11443____
American Aviation Manassas, LLC
         Name

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 117 **Nonpriority creditor's name and mailing address**

Eric Schmidt
3601 Fairafx Dr
#718
Arlington, VA 22201

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 5,800.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 118 **Nonpriority creditor's name and mailing address**

Eric Shearer
10300 Moore Drive

Manassas, VA 20111

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 12,900.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 119 **Nonpriority creditor's name and mailing address**

Eric Silva
4108 Crescent Hills Dr

Haymarket, VA 20136

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 1,463.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 120 **Nonpriority creditor's name and mailing address**

Eric Treworgy
7370 Iron Bit Dr.

Warrenton, VA 20186

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 850.08

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 121 **Nonpriority creditor's name and mailing address**

Eric Wohlrab
3463 Madelyn Ct.

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 4,300.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor    American Aviation Manassas, LLC _____    Case number (if known) 24-11443 _____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 122  **Nonpriority creditor's name and mailing address**

Erick Osorio
8790 Deblanc Place

Manassas, VA 20110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,600.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 123  **Nonpriority creditor's name and mailing address**

Executive Law Partners
11130 Fairfax Blvd
Ste 303
Fairfax, VA 22030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,000.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 124  **Nonpriority creditor's name and mailing address**

Fabian Kluessendorf
3411 Slade Ct

Falls Church, VA 22042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,160.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 125  **Nonpriority creditor's name and mailing address**

Faria Jalala
6333 Glenbard Road

Springfield, VA 22015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,315.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 126  **Nonpriority creditor's name and mailing address**

Fawaz Rudd
7592 Aspenpark Rd

Lorton, VA 22079

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 763.21

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____
American Aviation Manassas, LLC
Name

Case number (if known) ___24-11443___

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.127**   **Nonpriority creditor's name and mailing address**

Firdu Bati
8125 American Holly Rd.

Lorton, VA 22079

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,032.70

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.128**   **Nonpriority creditor's name and mailing address**

Fly Z LLC
9200 Dorothy Ln

Springfield, VA 22193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.129**   **Nonpriority creditor's name and mailing address**

Foster Sheehan
1250 High Knob Rd.

Front Royal, VA 20630

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,500.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.130**   **Nonpriority creditor's name and mailing address**

Fransisco Rivera
1211 S. Eads Street
APT 801
Arlington, VA 22202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 400.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.131**   **Nonpriority creditor's name and mailing address**

Frost Law, Eli Noff
839 Bestgate Rd
Ste 400
Annapolis, MD 21401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor __American Aviation Manassas, LLC_____    Case number _(if known)_ __24-11443__
     Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** _132_ **Nonpriority creditor's name and mailing address**

Geoff Harrison
12684 Catawba Drive

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,000.00

     **Date or dates debt was incurred** _____

     **Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** _133_ **Nonpriority creditor's name and mailing address**

George Watson, Approach LLC
7 Planters Place

Stafford, VA 22554

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 90,000.00

     **Date or dates debt was incurred** _____

     **Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** _134_ **Nonpriority creditor's name and mailing address**

George Wyse
3705 Arctic Blvd
#537
Anchorage, AK 95503

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 15,000.00

     **Date or dates debt was incurred** _____

     **Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** _135_ **Nonpriority creditor's name and mailing address**

Gerald Kavinski
8601 Howrey Ct

Annandale, VA 22003

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 6,500.00

     **Date or dates debt was incurred** _____

     **Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** _136_ **Nonpriority creditor's name and mailing address**

Ghazi Waqas
28 Bayberry Rd

Bolton, CT 6043

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 900.00

     **Date or dates debt was incurred** _____

     **Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor __American Aviation Manassas, LLC_____ Case number _(if known)_ __24-11443__
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 137  **Nonpriority creditor's name and mailing address**

Gordan Ramsay
10305 Bridgetown Pl

Burke, VA 22015

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 9,200.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 138  **Nonpriority creditor's name and mailing address**

Grace Nietvelt
14403 Black Horse CT.

Centreville, VA 20120

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 30,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 139  **Nonpriority creditor's name and mailing address**

Greg Hermanson
718 Belmont Bay Drive

Woodbridge, VA 22191

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 5,032.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 140  **Nonpriority creditor's name and mailing address**

Gregory Mitchell
900 N Stuart St
Unit 722
Arlington, VA 22203

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 6,150.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 141  **Nonpriority creditor's name and mailing address**

Haileigh Taylor
8950 Academic Loop
Apt 101
Ashburn, VA 20109

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 52,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____    Case number _(if known)_ __24-11443__
        American Aviation Manassas, LLC
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.142** Nonpriority creditor's name and mailing address

Hank Bowden
5509 Namakagan Rd

Bethesda, MD 20816

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 45,000.00

---

**3.143** Nonpriority creditor's name and mailing address

Heartland
1 Heartland Way

Jeffersonville, IN 47130

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35,000.00

---

**3.144** Nonpriority creditor's name and mailing address

Hugo Cabella
42310 Benfold Sq

Brambleton, VA 20148

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,000.00

---

**3.145** Nonpriority creditor's name and mailing address

Ian Oconell
15236 Warbler Ct.

Woodbridge, VA 22193

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,159.00

---

**3.146** Nonpriority creditor's name and mailing address

Icon Finance
4826 Piney Branch Rd

Fairfax, VA 22030

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

| Debtor | American Aviation Manassas, LLC | | Case number *(if known)* | 24-11443 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 147  **Nonpriority creditor's name and mailing address**

Igor Volovich
3262 Lauristou pl

Fairfax, VA 22031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$** 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 148  **Nonpriority creditor's name and mailing address**

Isaac Horne
4308 Brandywine St NW

Washington, DC 20016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$** 1,375.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 149  **Nonpriority creditor's name and mailing address**

JA Hawk Leasong LLC
43W700 US Rte 30

Sugar Groove, GA 30051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$** 125,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 150  **Nonpriority creditor's name and mailing address**

Jack Colby
10416 Heritage Landing Rd

Burke, VA 22015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$** 4,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 151  **Nonpriority creditor's name and mailing address**

Jack Jarvis
6621 Cavalier Dr

Alexandria, VA 22307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$** 2,902.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____American Aviation Manassas, LLC_____     Case number _(if known)_ _24-11443_
Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152** **Nonpriority creditor's name and mailing address**

Jack Williard
112B N Bedford St.

Arlington, VA 22201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.153** **Nonpriority creditor's name and mailing address**

Jackson Sharpe
7418 Old Maple Sq

McLean VA, VA 22102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,600.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.154** **Nonpriority creditor's name and mailing address**

Jacob Doumitt
16656 Leocrie Pl

Woodbridge, VA 22191

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,150.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.155** **Nonpriority creditor's name and mailing address**

Jacob Patrick
4538 34th St S

Arlington, VA 22206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 950.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.156** **Nonpriority creditor's name and mailing address**

Jaime Lopera
13919 Baton Rouge Ct

Centreville, VA 20121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    American Aviation Manassas, LLC
          Name                                                    Case number (if known)   24-11443

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157**  Nonpriority creditor's name and mailing address

James A Metcalf, Jr, Yona, Inc.
7003 Kodiak Ct

Manassas, VA 20111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 70,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.158**  Nonpriority creditor's name and mailing address

James Bentley
129 Fleetwood Ter

Silver Spring, MD 20910

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 7,250.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.159**  Nonpriority creditor's name and mailing address

James Havens
6555 America Way

Bealeton, VA 22712

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 4,796.30

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.160**  Nonpriority creditor's name and mailing address

James Qu
13330 Horsepen Woods Ln

Oak Hill, VA 20171

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 1,662.50

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.161**  Nonpriority creditor's name and mailing address

James W. VanLuven, TTE VAN LUVEN TRUST
6311 Liberty Road

Bealeton, VA 22712

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 275,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___American Aviation Manassas, LLC_____    Case number *(if known)*___24-11443___
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 162    **Nonpriority creditor's name and mailing address**

Jamshidi
5756 Village Green Dr
Apt 130
Alexandria, VA 22309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 700.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 163    **Nonpriority creditor's name and mailing address**

Janet Prall
5904 Accomac Street

Springfield, VA 22150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 164    **Nonpriority creditor's name and mailing address**

Janice Debro
9816 Earls Ferry Circle

Bristow, VA 20136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 165    **Nonpriority creditor's name and mailing address**

Janith Kanaganayagam
5867 Tulloch Spring Ct

Haymarket, VA 20169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 166    **Nonpriority creditor's name and mailing address**

Jared Lane
1359 W. Queen St

Hampton, VA 23669

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    American Aviation Manassas, LLC    Case number (if known)    24-11443

Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.167**  **Nonpriority creditor's name and mailing address**

Jason Chen
3014 Heritage Farm Ct

Herndon, VA 20171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 187.35

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168**  **Nonpriority creditor's name and mailing address**

Jason Hamilton
78 Main Street

Round Hill, VA 20141

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,950.00

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.169**  **Nonpriority creditor's name and mailing address**

Jason Pizzillo
9088 Park Ave

Manassas, VA 20110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,500.00

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170**  **Nonpriority creditor's name and mailing address**

Jason Snook
24 Hubbard Ct.

Stafford, VA 22554

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,625.00

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171**  **Nonpriority creditor's name and mailing address**

Javier Tort Fuentes
3004 Sayre Rd

Fairfax, VA 22031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 255.00

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____American Aviation Manassas, LLC_____    Case number *(if known)* __24-11443__
          Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.** 172    **Nonpriority creditor's name and mailing address**

Jay Giezen
5289 Meadow Estates

Fairfax, VA 22030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,455.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 173    **Nonpriority creditor's name and mailing address**

Jayadeep Saravanan
2703 Bowling Green Dr

Vienna, VA 20180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,225.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 174    **Nonpriority creditor's name and mailing address**

Jayant Das
6612 Cedar Spring Rd

Centreville, VA 20121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,860.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 175    **Nonpriority creditor's name and mailing address**

Jeff Bush
Lake Rivanna Ct

Lake ridge, VA 22192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 176    **Nonpriority creditor's name and mailing address**

Jeff Kemp
5865 Trinity Parkway
Apt 422
Centreville, VA 20120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,100.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  American Aviation Manassas, LLC _____  Case number (if known) 24-11443
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 177  **Nonpriority creditor's name and mailing address**

Jeff Sharp
23055 Glenwood Heights Cir

Brambleton, VA 20148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,850.00

---

**3.** 178  **Nonpriority creditor's name and mailing address**

Jeffrey Peters
5051 Grand Beach Ct

Haymarket, VA 20169

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,000.00

---

**3.** 179  **Nonpriority creditor's name and mailing address**

Jeremiah Roe
13190 Flynn Ct

Bristow, VA 20136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,688.00

---

**3.** 180  **Nonpriority creditor's name and mailing address**

Jeremy Hanson
5103 Fort Ellsworth Ct.

Alexandria, VA 22310

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,500.00

---

**3.** 181  **Nonpriority creditor's name and mailing address**

Jeremy Sumruld
6409 2nd Street

Alexandria, VA 22312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,500.00

---

| Debtor | American Aviation Manassas, LLC | Case number *(if known)* | 24-11443 |
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** **182**  **Nonpriority creditor's name and mailing address**

Jerod Burns
41 Kellogg Ct

Fredericksburg, VA 22406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$ 1,590.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **183**  **Nonpriority creditor's name and mailing address**

Jian Qiao
8930 Edmonston Dr

Bristow, VA 20136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$ 12,000.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **184**  **Nonpriority creditor's name and mailing address**

Jim Blaney
9173 Stonegarden Dr

Lorton, VA 22079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$ 13,500.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **185**  **Nonpriority creditor's name and mailing address**

Joe Rufka
2001 15th St. N.
Apt 7074
Arlington, VA 22201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$ 78.50**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **186**  **Nonpriority creditor's name and mailing address**

Joel Pederigan
11800 Laurestine Way
Apt 413
Manassas, VA 20109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$ 7,500.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    American Aviation Manassas, LLC

Name

Case number *(if known)*    24-11443

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 187  **Nonpriority creditor's name and mailing address**

Johan Van Der Renst
9502 Vinnia Court

Manassas, VA 20110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,850.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 188  **Nonpriority creditor's name and mailing address**

John Bender
15704 Foleys Mill Pl

Haymarket, VA 22111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52,000.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 189  **Nonpriority creditor's name and mailing address**

John Blaine
8191 Strawberry Ln
Apt 114
Falls Church, VA 22042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,816.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 190  **Nonpriority creditor's name and mailing address**

John Haas
8221 Greenwich

Catlett, VA 20119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 900.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 191  **Nonpriority creditor's name and mailing address**

John Keiser
13828 S Springs Dr

Clifton, VA 20124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 870.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor  American Aviation Manassas, LLC _____  Case number _(if known)_ 24-11443
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 192 Nonpriority creditor's name and mailing address**

John Mahoney
7741 Carrleigh Pkwy

Springfield, VA 22152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 193 Nonpriority creditor's name and mailing address**

John Marsh
2035 Park Rd NW

Washington, VA 20010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,500.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 194 Nonpriority creditor's name and mailing address**

John McCourt
12371 Southington Dr.

Woodbridge, VA 20192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,346.20

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 195 Nonpriority creditor's name and mailing address**

John Nilsen
1941 N Cameron St
Apt 7
Arlington, VA 22207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 900.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 196 Nonpriority creditor's name and mailing address**

John Powers
15526 Barrington Place

Dumfries, VA 22025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,580.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor    American Aviation Manassas, LLC _____    Case number (if known) ___24-11443___
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 197 **Nonpriority creditor's name and mailing address**

John White
10117 Copeland Drive

Manassas, VA 20109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 4,000.00

---

**3.** 198 **Nonpriority creditor's name and mailing address**

Jon VanZandt
8616 Stonewall Rd

Manassas, VA 20110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 3,700.00

---

**3.** 199 **Nonpriority creditor's name and mailing address**

Jonathan Santella
14436 Alps Dr.

Woodbridge, VA 22193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 2,000.00

---

**3.** 200 **Nonpriority creditor's name and mailing address**

Jonathan Wheatley
8345 Windfall Rd

Springfield, VA 22153

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,400.00

---

**3.** 201 **Nonpriority creditor's name and mailing address**

Jonathon Faught
13060 Saint Andrews Ct

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 3,000.00

---

| Debtor | American Aviation Manassas, LLC | | Case number *(if known)* | 24-11443 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.202** Nonpriority creditor's name and mailing address

Jordan Rose
13633 Forest Pond Ct

Centreville, VA 20121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 850.00

---

**3.203** Nonpriority creditor's name and mailing address

Joseph Bechtold
544 7th st SE

Washington, VA 22110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 150,000.00

---

**3.204** Nonpriority creditor's name and mailing address

Joseph Block
1200 N Herndon St
Apt 603
Arlington, VA 22201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,000.00

---

**3.205** Nonpriority creditor's name and mailing address

Joseph Elkhoury
901 N Pollard St
APT 311
Arlington, VA 22203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,400.00

---

**3.206** Nonpriority creditor's name and mailing address

Joseph Gatt
105 Jefferson Run Rd

Great Falls, VA 22066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,500.00

---

Debtor  American Aviation Manassas, LLC                          Case number *(if known)* 24-11443
        Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.207** Nonpriority creditor's name and mailing address

Joseph Hanin
11330 Edenberry Dr

Fairfax, VA 22030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,775.00

---

**3.208** Nonpriority creditor's name and mailing address

Joseph Wasylishin
3537 S. George Mason Dr
APT D209
Alexandria, VA 22302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,800.00

---

**3.209** Nonpriority creditor's name and mailing address

Joshua Kless
8301 Periwinkle Pl

Fairfax Station, VA 22039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 402.60

---

**3.210** Nonpriority creditor's name and mailing address

Joshua McCreary
102 Brittany Lane

Suffolk, VA 23435

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 80,000.00

---

**3.211** Nonpriority creditor's name and mailing address

Joshua Rusnak
13607 Post Oak Ct.

Chantilly, VA 20151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 40,000.00

---

Debtor _____American Aviation Manassas, LLC_____     Case number _(if known)_ __24-11443__
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 212   **Nonpriority creditor's name and mailing address**

Juan Perdomo
25453 Brickell Dr

Chantilly, VA 22152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,300.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 213   **Nonpriority creditor's name and mailing address**

Julia Sherrill
13461 Lake Shore Road

Herndon, VA 20171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,000.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 214   **Nonpriority creditor's name and mailing address**

Julie Baumgart
12933 Vixen Ct

Bristow, VA 20136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 11,000.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 215   **Nonpriority creditor's name and mailing address**

Junaid Zulfigar
10806 Valley Falls Ct

Manassas, VA 20112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 12,500.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 216   **Nonpriority creditor's name and mailing address**

Justin Draeger
11131 Tattersall Trl

Oakton, VA 22124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,000.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | American Aviation Manassas, LLC | Case number *(if known)* | 24-11443 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217 Nonpriority creditor's name and mailing address**

Justin Repko
42370 Alder Forest Ter

Sterling, VA 20166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,500.00

---

**3.218 Nonpriority creditor's name and mailing address**

Justin Schmidle
3027 Borgman Rd

Kingwood, WV 26537

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,700.00

---

**3.219 Nonpriority creditor's name and mailing address**

Kalli Boyne
1901 Avenida Joaquin

Encinitas, CA 92024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,900.00

---

**3.220 Nonpriority creditor's name and mailing address**

Katalin Gaitin Ambrozy
12758 Stone Lined Circle

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 850.00

---

**3.221 Nonpriority creditor's name and mailing address**

Keith Zuegel
9200 Dorothy Ln

Springfield, VA 22193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 30,000.00

---

Debtor  American Aviation Manassas, LLC                         Case number *(if known)*  24-11443
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 222  **Nonpriority creditor's name and mailing address**

Kelly Lloyd
8690 Cobb Rd

Manassas, VA 20112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 418.00

---

**3.** 223  **Nonpriority creditor's name and mailing address**

Kenneth Baltrinic
10685 Burwell Road

Nokesville, VA 20181

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 11,500.00

---

**3.** 224  **Nonpriority creditor's name and mailing address**

Kevin Roll
2282 Dosinia Ct

Newport News, VA 23602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 130,000.00

---

**3.** 225  **Nonpriority creditor's name and mailing address**

Khalif Thomas
20759 Ridgehaven Ter
Apt 204
Sterling, VA 20165

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,222.00

---

**3.** 226  **Nonpriority creditor's name and mailing address**

Kim Pavlovic
1024 N Utah St
526
Arlington, VA 22201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 16,000.00

---

| Debtor | American Aviation Manassas, LLC | Case number *(if known)* | 24-11443 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 227** Nonpriority creditor's name and mailing address

Kim Pollard
5421 Hudson Rd.

Fort Belvoir, MD 22060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,000.00

---

**3. 228** Nonpriority creditor's name and mailing address

Kimo Lee
7006 Stone Inlet Dr.

Fort Belvoir, VA 22060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,700.00

---

**3. 229** Nonpriority creditor's name and mailing address

Kokoszka
300 Yoakum Parkway
Apt 522
Alexandria, VA 22304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,694.00

---

**3. 230** Nonpriority creditor's name and mailing address

Kristopher Reeve
3821 Wagon Wheel Ln

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,100.00

---

**3. 231** Nonpriority creditor's name and mailing address

Kuehn Family Trust,R. Michael Kuehn & Susan
P. Kuehn
10505 Dunn Meadow Rd

Vienna, VA 22182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 950,000.00

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 47 of 85

Debtor _____American Aviation Manassas, LLC_____    Case number *(if known)*___24-11443___
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232  Nonpriority creditor's name and mailing address**

Kyle Gurgick
43883 Stronghold Ct

Ashburn, VA 20147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,500.00

---

**3.233  Nonpriority creditor's name and mailing address**

Kyle Porter
8706 Stone Hill

Springfield, VA 22153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,000.00

---

**3.234  Nonpriority creditor's name and mailing address**

Labuda
6721 Huntsman Blvd

Springfield, VA 22152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,000.00

---

**3.235  Nonpriority creditor's name and mailing address**

Lamyl Hammoudi
5954 Sunderleigh Dr

Sunderland, MD 20689

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,330.00

---

**3.236  Nonpriority creditor's name and mailing address**

Larissa Conttril
1505 Crystal Dr
Apt 813
Arlington, VA 22202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,660.00

---

Debtor _____   Case number _(if known)_ __24-11443__
     American Aviation Manassas, LLC
    Name

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 237 **Nonpriority creditor's name and mailing address**

Larsen
6029 18th Street N

Arlington, VA 22205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,069.50

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 238 **Nonpriority creditor's name and mailing address**

Lauren Baybayan
5743 Janneys Mill Cir

Haymarket, VA 20169

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,150.00

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 239 **Nonpriority creditor's name and mailing address**

Lauren Duvall
5706 Harrison House Court

Centreville, VA 20120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,395.00

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 240 **Nonpriority creditor's name and mailing address**

Lauren Flanders
1145 Meadow Fork Rd

Provo, UT 84604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,600.00

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 241 **Nonpriority creditor's name and mailing address**

Lehew
3229 Signal Hill Ln

Catlett, VA 20119

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 665.15

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor  American Aviation Manassas, LLC _____    Case number _(if known)_ 24-11443
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.242  Nonpriority creditor's name and mailing address**

Lemieux
12380 Washington Brice Rd.

Fairfax, VA 22033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 1,700.00

---

**3.243  Nonpriority creditor's name and mailing address**

Lewis Maxwell c/o Ronald Stern, Esq
1800 Diagonal Rd
Ste 600
Alexandria, VA 22314

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 59,019.00

---

**3.244  Nonpriority creditor's name and mailing address**

Lisbeth Russel
9822 Five Oaks Rd

Fairfax, VA 22031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 3,000.00

---

**3.245  Nonpriority creditor's name and mailing address**

Luca Roseano
5905 Dewey Dr.

Alexandria, VA 22310

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 15,500.00

---

**3.246  Nonpriority creditor's name and mailing address**

Luis Lugo
3666 Russell Rd.

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 3,000.00

---

Debtor __American Aviation Manassas, LLC_____    Case number _(if known)_ __24-11443__
         Name

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.<sup>247</sup> **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 5,616.00 |
|---|---|---|

3.247 **Nonpriority creditor's name and mailing address**

Luis Quinonez
9504 Mooregate Ct

Lorton, VA 22079

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 5,616.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.248 **Nonpriority creditor's name and mailing address**

Madeleine Knapp
640 John Carlyle St.
Apt 406
Alexandria, VA 22314

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 780.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.249 **Nonpriority creditor's name and mailing address**

Mahmood Arsalan
2137 Whisper Way

Reston, VA 20191

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 700.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.250 **Nonpriority creditor's name and mailing address**

Malia Nelson
103 Almond Ct.

Sterling, VA 20164

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 4,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.251 **Nonpriority creditor's name and mailing address**

Marco Moran
25061 Praire Fire Sq

Aldie, VA 20105

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 4,380.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____American Aviation Manassas, LLC_____    Case number _(if known)_ ___24-11443___
       Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.252** Nonpriority creditor's name and mailing address

Marianne Hallet
9712 Handerson Pl
Unit 406
Manassas Park, VA 22109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 230,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.253** Nonpriority creditor's name and mailing address

Mario Nardoni
11906 Waterton Lake Lane

Bristow, VA 20136

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 5,040.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.254** Nonpriority creditor's name and mailing address

Mark Hoffman
5601 Western Ave NW

Washington, DC 20015

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 6,790.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.255** Nonpriority creditor's name and mailing address

Mark Odell
267 Seltenhorst Ln

Bluemont, VA 20135

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 788.32

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.256** Nonpriority creditor's name and mailing address

Mark Orth
2924 Hideaway

Fairfax, VA 22031

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 800.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Debtor | American Aviation Manassas, LLC | Case number _(if known)_ | 24-11443 |
|--------|--------------------------------|---------------------------|----------|
| | Name | | |

<table>
<tr><td>**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.257** **Nonpriority creditor's name and mailing address**

Mark Walters
5707 Ridgedale Dr

Woodbridge, VA 20193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,560.00

---

**3.258** **Nonpriority creditor's name and mailing address**

Marlene Menard
4501 Tarpon Lane

Alexandria, VA 22309

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,000.00

---

**3.259** **Nonpriority creditor's name and mailing address**

Martin Ndichu
204 Lee Street

Gaithersburg, MD 20877

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 207.40

---

**3.260** **Nonpriority creditor's name and mailing address**

Matt Mumback
9720 Limoges Dr

Fairfax, VA 22032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 500.00

---

**3.261** **Nonpriority creditor's name and mailing address**

Matt Rising
7313 Jenna Rd.

Springfield, VA 22153

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,800.00

---

Debtor American Aviation Manassas, LLC
Name

Case number (if known) 24-11443

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.262** Nonpriority creditor's name and mailing address

Matthew Birski
6525 Old Carriage Ln

Alexandria, VA 22315

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,000.00

---

**3.263** Nonpriority creditor's name and mailing address

Matthew Dankowski
7144 Little Thames Dr

Gainesville, VA 20155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,180.00

---

**3.264** Nonpriority creditor's name and mailing address

Matthew Weser
615 Swann Ave
Apt. 544
Alexandria, VA 22301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 450.00

---

**3.265** Nonpriority creditor's name and mailing address

Maxwell Thorpe
4004 Latham Dr

Haymarket, VA 20169

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 935.00

---

**3.266** Nonpriority creditor's name and mailing address

Merna Youssef
5217 Squires Ct.

Roanoke, VA 24018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,000.00

---

| Debtor | American Aviation Manassas, LLC | Case number *(if known)* | 24-11443 |
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 267    **Nonpriority creditor's name and mailing address**

Meron Bekele
5571 Vincent Gate Terr
Unit 1432
Alexandria, VA 22312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,600.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 268    **Nonpriority creditor's name and mailing address**

Merrifield Garden Center
6895 Wellington Rd

Gainesville, VA 20156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75,000.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 269    **Nonpriority creditor's name and mailing address**

Micahel Chung
2467 Windbreak Drive

Alexandria, VA 22306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35,000.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 270    **Nonpriority creditor's name and mailing address**

Michael Butler
13816 Braddock Springs Rd
Apt K
Centreville, VA 20121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,000.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 271    **Nonpriority creditor's name and mailing address**

Michael Chittenden
5306 Atlee Pl

Springfield, VA 20151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,900.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

Debtor  American Aviation Manassas, LLC                                    Case number *(if known)*  24-11443
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3. 272**  **Nonpriority creditor's name and mailing address**

Michael Fitzgerald
3971 26th St. N

Arlington, VA 22207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 8,826.33

---

**3. 273**  **Nonpriority creditor's name and mailing address**

Michael Glaccum
7813 Lakeland Valley Drive

Springfield, VA 22153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 3,000.00

---

**3. 274**  **Nonpriority creditor's name and mailing address**

Michael Hasz
1503 North Village Rd

Reston, VA 20194

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 550,000.00

---

**3. 275**  **Nonpriority creditor's name and mailing address**

Michael McDermott
5301 Esabell Ct

Fairfax, VA 22032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,500.00

---

**3. 276**  **Nonpriority creditor's name and mailing address**

Michael Paulus
1011 Highland Rd

Fredericksburg, VA 22407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 10,000.00

---

Debtor  American Aviation Manassas, LLC                              Case number *(if known)*  24-11443
_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.277**  **Nonpriority creditor's name and mailing address**

Michael Williams Paulus
1011 Highland Rd

Fredericksburg, VA 22407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.278**  **Nonpriority creditor's name and mailing address**

Miller J Michael
14311 Mountain Valley Rd.

Broadway, VA 22815

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 2,150.00

---

**3.279**  **Nonpriority creditor's name and mailing address**

Mohammed Salah
20672 Reserve Falls Ter

Sterling, VA 20165

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 2,000.00

---

**3.280**  **Nonpriority creditor's name and mailing address**

Muhammad Prizada
8622 Artillery Road

Manassas, VA 20110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 9,000.00

---

**3.281**  **Nonpriority creditor's name and mailing address**

Najee Ross
69 Barclay Ln

Stafford, VA 22554

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 40,000.00

Debtor _____American Aviation Manassas, LLC_____    Case number *(if known)*__24-11443__
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.282** | **Nonpriority creditor's name and mailing address**

Nanette Barrett
8515 GLENN LEIGH DR

Spring, TX 77379

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,700.00

---

**3.283** | **Nonpriority creditor's name and mailing address**

Natalie Chappell
11371 Spring Hollow Ln

Rixeyville, VA 22737

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,860.00

---

**3.284** | **Nonpriority creditor's name and mailing address**

Nate Young
4283 Embassy Park Dr NW

Washington, DC 20016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 500.00

---

**3.285** | **Nonpriority creditor's name and mailing address**

Nathan Dion
10195 Chinkapin Drive

Manassas, VA 20111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,000.00

---

**3.286** | **Nonpriority creditor's name and mailing address**

Nathan Dolan
3592 Water Birch Ct

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 55,000.00

---

Debtor  American Aviation Manassas, LLC _____  Case number (if known) 24-11443 _____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.287** **Nonpriority creditor's name and mailing address**

Nathan Sands
7700 Jewelweed Ct

Springfield, VA 20152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,200.00

---

**3.288** **Nonpriority creditor's name and mailing address**

Nick Morales
2859 26Th St N

Arlington, VA 22207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,612.00

---

**3.289** **Nonpriority creditor's name and mailing address**

Nicolas Hardy
6093 Oust Ln

Woodbridge, VA 22193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,500.00

---

**3.290** **Nonpriority creditor's name and mailing address**

Nielson Aviation
434 Lorraine Blvd

Los Angeles, GA 30050

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.291** **Nonpriority creditor's name and mailing address**

Nilesh Lal
41542 Carriage Horse Drive

Aldie, VA 20105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,762.00

---

Debtor    American Aviation Manassas, LLC _____    Case number _(if known)_  24-11443 _____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.292** **Nonpriority creditor's name and mailing address**

Nimish Sabharwal
25444 Quadrille Ct

Aldie, VA 22448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,500.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.293** **Nonpriority creditor's name and mailing address**

Nolan Warning
2330 Dulles Station Blvd
apt 2210
Herndon, VA 20171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,673.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.294** **Nonpriority creditor's name and mailing address**

Nolin Drayton
2700 Dorr Avenue
Unit 1021
Fairfax, VA 22031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,600.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.295** **Nonpriority creditor's name and mailing address**

November Alpha
434 Lorraine Blvd

Los Angeles, GA 30048

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.296** **Nonpriority creditor's name and mailing address**

Oliver Pound
4416 Duncan Dr.

Annandale, VA 22203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,870.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor  American Aviation Manassas, LLC                                Case number *(if known)*  24-11443
        Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 297 **Nonpriority creditor's name and mailing address**

Olivia Fowler
3000 Washington Blvd

Arlington, VA 22201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,300.00

---

**3.** 298 **Nonpriority creditor's name and mailing address**

Omarco LLC
1400 Woodside Dr

Woodbridge, VA 20191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 15,000.00

---

**3.** 299 **Nonpriority creditor's name and mailing address**

Orla Brady
10749 River Run Dr.

Manassas, VA 20112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,900.00

---

**3.** 300 **Nonpriority creditor's name and mailing address**

Orlando Rivera
10116 Crashing Thunder Pl

Nokesville, VA 20181

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 54,000.00

---

**3.** 301 **Nonpriority creditor's name and mailing address**

Ospnia-Villada
154 Washington St.

Occoquan, VA 22125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 3,181.50

Debtor  American Aviation Manassas, LLC                          Case number *(if known)*  24-11443
        _____                 _____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** __302__  **Nonpriority creditor's name and mailing address**

Pat Marsh, JP4-Inc
4432 Southern Business Park Dr

White Plains, MD 20695

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,000.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** __303__  **Nonpriority creditor's name and mailing address**

Patrick Russell
2340 Old Trail Dr

Reston, VA 22191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 729.58

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** __304__  **Nonpriority creditor's name and mailing address**

Paul Dean
7755 New Providence Drive
APT 58
Falls Church, VA 22042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** __305__  **Nonpriority creditor's name and mailing address**

Paul Gracy
P.O. Box 10283

McLean, VA 22102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65,000.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** __306__  **Nonpriority creditor's name and mailing address**

Paul Moriarty
7323 Toler Dr.

Nokesville, VA 20181

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,000.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor _____American Aviation Manassas, LLC_____   Case number _(if known)_ __24-11443__
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 307 **Nonpriority creditor's name and mailing address**

Paul Muirhead
13750 Restina Rd

Bristow, VA 20136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,550.00

---

**3.** 308 **Nonpriority creditor's name and mailing address**

Paul Richter
12002 Robin Drive

Catharpin, VA 20143

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 40,000.00

---

**3.** 309 **Nonpriority creditor's name and mailing address**

Pete Corraro
13408 Perimeter Dr

Fredericksburg, VA 22407

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,000.00

---

**3.** 310 **Nonpriority creditor's name and mailing address**

Peter Jackson
7398 Roxbury Ave

Manassas, VA 22019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,600.00

---

**3.** 311 **Nonpriority creditor's name and mailing address**

Philip Williams
305 Sunny Hill Ct

Stafford, VA 22554

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 30,000.00

---

Debtor ___American Aviation Manassas, LLC_____   Case number *(if known)* __24-11443__
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.**__312__  **Nonpriority creditor's name and mailing address**

Rafael Orellano
14086 Winding Ridge Ln

Centreville, VA 20121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 1,500.00

---

**3.**__313__  **Nonpriority creditor's name and mailing address**

Rafael Via Queveda
9512 Tarvie Circle

Bristow, VA 20136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 9,000.00

---

**3.**__314__  **Nonpriority creditor's name and mailing address**

Randy Bissett
7231 pinewood St

Falls Church, VA 22046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 7,000.00

---

**3.**__315__  **Nonpriority creditor's name and mailing address**

Randy Serrano
2465 Army Navy Dr
#403
Arlington, VA 22206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 650.00

---

**3.**__316__  **Nonpriority creditor's name and mailing address**

Rebecca Box
2600 E Cary St
Apt 4118
Richmond, VA 23223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 600.00

---

Debtor    American Aviation Manassas, LLC                                    Case number *(if known)*    24-11443
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 317  **Nonpriority creditor's name and mailing address**

Redwan Ziadeh
5601 Seminary Rd
Apt 2113N
Falls Church, VA 22041

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 15,000.00

---

**3.** 318  **Nonpriority creditor's name and mailing address**

Rhain Epply
5227 Blossom Hill Drive

Haymarket, VA 20163

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 9,975.00

---

**3.** 319  **Nonpriority creditor's name and mailing address**

Rhett Walters
204 Scaleby Ln.

Boyce, VA 22620

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 8,800.00

---

**3.** 320  **Nonpriority creditor's name and mailing address**

Rich Jones
7155 Barry Rd.

Alexandria, VA 22315

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 9,000.00

---

**3.** 321  **Nonpriority creditor's name and mailing address**

Richard Davidson
2225 Primrose

Falls Church, VA 22046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 8,500.00

Debtor _____American Aviation Manassas, LLC_____   Case number _(if known)_ __24-11443__
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** **322** **Nonpriority creditor's name and mailing address**

Richard Regan
1404 Harle Place SW

Leesburg, VA 20175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,500.00

---

**3.** **323** **Nonpriority creditor's name and mailing address**

Ridge Olivieri
1010 C St. SE
#A
Washington, VA 20003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,420.00

---

**3.** **324** **Nonpriority creditor's name and mailing address**

Robert and Lisa Bussian
7980 Amsterdam Ct.

Gainesville, VA 20155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,470.00

---

**3.** **325** **Nonpriority creditor's name and mailing address**

Robert Hufman
3050 P. St NW

Washington, DC 22207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,800.00

---

**3.** **326** **Nonpriority creditor's name and mailing address**

Robert Reid
10229 Still House Rd.

Delaplane, VA 20144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 13,000.00

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor _____American Aviation Manassas, LLC_____ Case number _(if known)_ __24-11443__
              Name

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.327** **Nonpriority creditor's name and mailing address**

Roger Sultan
44080 Chadds Ford Ct.

Ashburn, VA 20147

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,101.45

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.328** **Nonpriority creditor's name and mailing address**

Ron Lenz
9216 Northedge Dr

Springfield, VA 22153

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 12,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.329** **Nonpriority creditor's name and mailing address**

Ronald Hiss
3802 N Stafford St

Arlington, VA 22207

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 800.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.330** **Nonpriority creditor's name and mailing address**

Ronald Stevens
6106 Occoquan Forest Dr.

Manassas, VA 20112

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,400.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.331** **Nonpriority creditor's name and mailing address**

Ros Lary
4440 Willard Avenue
APT 1102
Chevy Chase, MD 20815

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 6,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor ___American Aviation Manassas, LLC_____    Case number _(if known)_ __24-11443__
           Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.332 Nonpriority creditor's name and mailing address**
Roy Shrout
10502 Fairweather Ct

Manassas, VA 20112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,800.00

---

**3.333 Nonpriority creditor's name and mailing address**
Ryan Caldwell
5462 Camellia Ct

Warrenton, VA 20187

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 338.00

---

**3.334 Nonpriority creditor's name and mailing address**
Ryan Hasegawa
8000 Hollington Plc

Fairfax Station, VA 22039

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,200.00

---

**3.335 Nonpriority creditor's name and mailing address**
Ryan Mange
5150 Indian Head Road

Salem, VA 24153

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,014.20

---

**3.336 Nonpriority creditor's name and mailing address**
Ryan McGill
1700 Madison Ave

Charlotte, NC 28216

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 750.70

---

Debtor  American Aviation Manassas, LLC _____    Case number _(if known)_ 24-11443 _____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 337 **Nonpriority creditor's name and mailing address**

Ryan Ochoa
1514 Mallard Place

Front Royal, VA 22630

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,500.00

---

**3.** 338 **Nonpriority creditor's name and mailing address**

Ryan Proctor
1380 Butter Churn Dr.

Herndon, VA 20170

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,600.00

---

**3.** 339 **Nonpriority creditor's name and mailing address**

Ryan Stapleton
13624 Tabscott Dr

Chantilly, VA 20151

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,000.00

---

**3.** 340 **Nonpriority creditor's name and mailing address**

Sabaa Haider
13767 Deacons Way

Gainesville, VA 20155

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 341 **Nonpriority creditor's name and mailing address**

Sal Speziale
12515 knollbrook Dr.

Clifton, VA 20124

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,556.41

---

Debtor _____American Aviation Manassas, LLC_____   Case number _(if known)_ __24-11443__
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **342** **Nonpriority creditor's name and mailing address**

Samantha Schutz
2392 Headquarters Road

Edinberg, VA 22824

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 7,176.70

---

**3.** **343** **Nonpriority creditor's name and mailing address**

Sandeep Kumar Suggam
156 Laurel Way
Apt 2B
Herndon, VA 20170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 5,000.00

---

**3.** **344** **Nonpriority creditor's name and mailing address**

Sandra Louis
20694 Erskine Terrace

Ashburn, VA 20147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 5,797.00

---

**3.** **345** **Nonpriority creditor's name and mailing address**

Sara Moore
6 Jerome Ave

Piedmont, CA 94611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 1,100.00

---

**3.** **346** **Nonpriority creditor's name and mailing address**

Scott Haney
6255 Langston Blvd

Arlington, VA 22205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 5,000.00

---

Debtor  American Aviation Manassas, LLC _____    Case number _(if known)_  24-11443

        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.347  Nonpriority creditor's name and mailing address**

Sean Driscoll
8219 Roxborough Loop

Gainesville, VA 20155

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,500.00

---

**3.348  Nonpriority creditor's name and mailing address**

Sean Green
12655 Wimbley Lane

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,800.00

---

**3.349  Nonpriority creditor's name and mailing address**

Sean MacDougall
2991 S. 28th St.
Apt B2
Arlington, VA 22206

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 817.55

---

**3.350  Nonpriority creditor's name and mailing address**

Sean Magargle
29827 Donna Dr.

Mechanicsville, MD 20659

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,520.00

---

**3.351  Nonpriority creditor's name and mailing address**

Sean Payne
2426 Ontario Rd NW
Apt 306
Washington, DC 22209

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,300.00

---

Debtor _____American Aviation Manassas, LLC_____    Case number _(if known)_ __24-11443__
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 352   **Nonpriority creditor's name and mailing address**

Sergio Ruiz-Chincilla
6543 Braddock Road

Alexandria, VA 22312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 7,621.20

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 353   **Nonpriority creditor's name and mailing address**

Seth Erlich
411 Green St

Alexandria, VA 22314

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,066.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 354   **Nonpriority creditor's name and mailing address**

Seth Nelson
475 K ST NW
Unit 1226
Washington, DC 20001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 10,000.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 355   **Nonpriority creditor's name and mailing address**

Shahbox Mahmud
16531 Reservoir Loop

Dumfries, VA 22026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 6,500.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 356   **Nonpriority creditor's name and mailing address**

Shakarji
821 Diamond Dr.

Gaithersburg, MD 20878

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 14,500.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

| Debtor | American Aviation Manassas, LLC | | Case number *(if known)* | 24-11443 |
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.357**  **Nonpriority creditor's name and mailing address**

Shaun Baldwin
81 Bristow Ln

Berryville, VA 22611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,300.00

---

**3.358**  **Nonpriority creditor's name and mailing address**

Shibani Mukherji
5809 Magnolia Ln

Falls Church, VA 22203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 9,000.00

---

**3.359**  **Nonpriority creditor's name and mailing address**

Shujin Yu
1530 Keg Blvd

Arlington, VA 22209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,200.00

---

**3.360**  **Nonpriority creditor's name and mailing address**

Simpson
26 N. Maryland Ave.

Brunswick, MD 21716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,472.15

---

**3.361**  **Nonpriority creditor's name and mailing address**

Socrates Dimitriadas
4822 Gainsborough Dr

Fairfax, VA 22032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,700.00

---

Debtor  American Aviation Manassas, LLC
        Name                                                          Case number *(if known)*  24-11443

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 362  **Nonpriority creditor's name and mailing address**

Sophia Bullard
125 S. Fairfax St

Alexandria, VA 22314

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 700.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 363  **Nonpriority creditor's name and mailing address**

Sophie Ottosen
PO Box 1613

Leesburg, VA 20177

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 8,550.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 364  **Nonpriority creditor's name and mailing address**

Stefan Backman
Po Box 752

Haymarket, VA 20168

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 6,500.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 365  **Nonpriority creditor's name and mailing address**

Stephen Brenwald
1200 Braddock Place
Unit 605
Alexandria, VA 20314

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,160.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 366  **Nonpriority creditor's name and mailing address**

Stephen Migala
6060 N Kostner Ave

Chicago, IL 60646

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,651.50

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Aviation Manassas, LLC | Case number *(if known)* | 24-11443 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.367**    **Nonpriority creditor's name and mailing address**

Stephen Miller
9911 Stoughton Road

Fairfax, VA 22302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 2,000.00

---

**3.368**    **Nonpriority creditor's name and mailing address**

Steven Noethen
12867 Misty Ln

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 800.00

---

**3.369**    **Nonpriority creditor's name and mailing address**

Steven Rynski
12738 STONE LINED CIR

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 7,500.00

---

**3.370**    **Nonpriority creditor's name and mailing address**

Summer Gaud
2441 Phillips Dr

Alexandria, VA 22306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 25,000.00

---

**3.371**    **Nonpriority creditor's name and mailing address**

Sun Kim
52 Palisades Dr.

Stafford, VA 22554

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 11,000.00

---

| Debtor | American Aviation Manassas, LLC | Case number *(if known)* | 24-11443 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.372  Nonpriority creditor's name and mailing address**

Sung Kim
13971 Big Yankee Lane

Centreville, VA 20121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,173.00

---

**3.373  Nonpriority creditor's name and mailing address**

Sydneigh Rivers
3817 Roxbury Court

Alexandria, VA 22309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,560.00

---

**3.374  Nonpriority creditor's name and mailing address**

Sydney Kosztolnik
559 Highland Towne Ln

Warrenton, VA 20186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 459.90

---

**3.375  Nonpriority creditor's name and mailing address**

Syed Sobhan
14943 Cherrywood Dr.

Laurel, MD 20707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,750.00

---

**3.376  Nonpriority creditor's name and mailing address**

Talha Javed
505 18th St. South Crystal Flats
Apt 506
Arlington, VA 22202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,000.00

---

Debtor American Aviation Manassas, LLC

Name

Case number (if known) 24-11443

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.377** Nonpriority creditor's name and mailing address

Tally Kuehne
6205 Cardinal Brook Ct

West Springfield, VA 22152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28,100.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.378** Nonpriority creditor's name and mailing address

Ted O'Neal
2108 Sabrina Dr

Vienna, VA 22182

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,550.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.379** Nonpriority creditor's name and mailing address

Terry Leon
419 S Payne St

Alexandria, VA 22514

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,000.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.380** Nonpriority creditor's name and mailing address

Thida Aung
7480 Birchwood Ave
Apt 321
McLean, VA 22102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120,000.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.381** Nonpriority creditor's name and mailing address

Thomas Dabney
10608 Orchard St

Fairfax, VA 22113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75,000.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____American Aviation Manassas, LLC_____ Case number *(if known)*___24-11443___
       Name

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.382** Nonpriority creditor's name and mailing address

Thomas Harvey
4901 Barbour Drive

Alexandria, VA 22304

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,600.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.383** Nonpriority creditor's name and mailing address

Tim Ryan
PO Box 272

Dahlgren, VA 22448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,209.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.384** Nonpriority creditor's name and mailing address

Tim Souders
1 High Germany Street

Hancock, MD 21750

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80,000.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.385** Nonpriority creditor's name and mailing address

Timothy Burtch
PO Box 44020

Washington, DC 20026

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,770.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.386** Nonpriority creditor's name and mailing address

Timothy Pollard
223 Antietam Rd

Essex, MD 21221

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 426.50

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    American Aviation Manassas, LLC
         Name

Case number *(if known)*    24-11443

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 387 **Nonpriority creditor's name and mailing address**

Timothy Souders
1 High Germany Street

Hancock, MD 21750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75,000.00

**Basis for the claim:**  Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 388 **Nonpriority creditor's name and mailing address**

Todd Treadway
2345 S. Ode St.

Arlington, VA 22202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,200.00

**Basis for the claim:**  Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 389 **Nonpriority creditor's name and mailing address**

Tom Barbour
8875 Tenbury Ct.

Bristow, VA 20136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,200.00

**Basis for the claim:**  Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 390 **Nonpriority creditor's name and mailing address**

Tom Bibbo
13076 Marcy Creek Rd

Herndon, VA 20171

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,150.00

**Basis for the claim:**  Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 391 **Nonpriority creditor's name and mailing address**

Touchstone Helicopters
434 Lorraine Blvd

Los Angeles, GA 30049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**  Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   American Aviation Manassas, LLC    Case number *(if known)*  24-11443

       Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 392  **Nonpriority creditor's name and mailing address**

Trevor Stephenson
10420 Steeplechase Run Ln

Manassas, VA 20110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,300.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 393  **Nonpriority creditor's name and mailing address**

Tristin Gates
2701 Neabsco Common Pl
Apt 320
Woodbridge, VA 20110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,500.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 394  **Nonpriority creditor's name and mailing address**

Tyjon Chapple
1704 S 79th Glen

Phoenix, AZ 83043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,500.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 395  **Nonpriority creditor's name and mailing address**

Tyler Oliver
6480 Brickleigh Ct

Alexandria, VA 22315

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,298.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 396  **Nonpriority creditor's name and mailing address**

Vazquez
3707 Fairways Ct.

Fredericksburg, VA 22408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,000.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor __American Aviation Manassas, LLC_____ Case number _(if known)_ __24-11443__
 Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 397 **Nonpriority creditor's name and mailing address**

Vincel Madelo
2137 Whisper Way

Reston, VA 20191

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,500.00

---

**3.** 398 **Nonpriority creditor's name and mailing address**

Wagner Walendy
19050 Crimson Clover Terrace

Leesburg, VA 20176

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 399 **Nonpriority creditor's name and mailing address**

Wayne Frost
7 Calvert Ct

Fredericksburg, VA 22105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,192.00

---

**3.** 400 **Nonpriority creditor's name and mailing address**

Wayne Hallem
14514 Bluff Point Ct

Gainesville, VA 20155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50,000.00

---

**3.** 401 **Nonpriority creditor's name and mailing address**

William Ogle
43804 Paramount Pl

Chantilly, VA 20152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,360.00

---

Debtor _____American Aviation Manassas, LLC_____     Case number _(if known)_ __24-11443__
            Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 402   **Nonpriority creditor's name and mailing address**

William Pinney
10497 West Dr.

Fairfax, VA 22030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,685.40

---

**3.** 403   **Nonpriority creditor's name and mailing address**

Wilson Ricks
4641 Rock Spring Rd.

Arlington, VA 22207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,200.00

---

**3.** 404   **Nonpriority creditor's name and mailing address**

Xiaoye Yang
6218 Winnepeg Drive

Burke, VA 22015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 8,000.00

---

**3.** 405   **Nonpriority creditor's name and mailing address**

Xinli Wang
2902 Amber Oaks Ct

Herndon, VA 20171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,900.00

---

**3.** 406   **Nonpriority creditor's name and mailing address**

Yahya Hassan
5701 Doyle Rd

Clifton, VA 20124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 47,000.00

Debtor    American Aviation Manassas, LLC
          Name                                              Case number (if known)    24-11443

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.**407  **Nonpriority creditor's name and mailing address**

Yevgeniy Malashenok
5712 Medallion Ct

Alexandria, VA 22303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 868.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**408  **Nonpriority creditor's name and mailing address**

Yi Chen
6965 Grizzly Ct

Manassas, VA 20111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 793.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**409  **Nonpriority creditor's name and mailing address**

Yi Xu
25811 Mews Terr

South Riding, VA 20853

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 10,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**410  **Nonpriority creditor's name and mailing address**

Zabczyk
2505 17th St NW
Unit 9
Washington, DC 20009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,010.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**411  **Nonpriority creditor's name and mailing address**

Zach Watts
3000 S Randolph Street
Apt. 178
Arlington, VA 22206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,200.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    American Aviation Manassas, LLC    Case number (if known)    24-11443
    Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.412  Nonpriority creditor's name and mailing address**

Zay Win
3926 Fox Valley Dr

Rockville, MD 20853

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 9,012.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.413  Nonpriority creditor's name and mailing address**

Zeblon Pixley
8514 Old Still House Rd

Rixeyville, VA 22737

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,578.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.414  Nonpriority creditor's name and mailing address**

Zion Logan
1836 Poole Ln

McLean, VA 22161

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 628.68

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.____  Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.____  Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    American Aviation Manassas LLC                              Case number *(if known)*   24-11443
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 9,296,881.39 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 9,296,881.39 |

**Fill in this information to identify the case:**

Debtor name ___American Aviation Manassas, LLC___

United States Bankruptcy Court for the: ___Eastern District of Virginia___

Case number (If known): __24-11443_____    Chapter __7___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   American Aviation Manassas, LLC

United States Bankruptcy Court for the:   Eastern District of Virginia

Case number (If known):   24-11443

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |