James M. Blaney Jr
9173 Stonegarden Dr
Lorton, VA  22079



August 23, 2024

Honorable Judge Brian F. Kenney
U.S. Bankruptcy Court
200 S. Washington St.
Alexandria, VA  22314

Re: Victim Impact Statement – Case Number 24-11443-BFK

Dear Judge Kenney,

My name is James Blaney, and I am a student pilot who was conducting flight training at American Aviation Manassas, LLC. I had invested both my time and money into pursuing my dream of becoming a pilot through this program. Unfortunately, the owner(s), operator(s), and auditor(s) of the flight school egregiously and criminally mishandled the funds, leaving me and many others in a difficult position.

I purchased a training package at American Aviation Manassas, LLC on July 25, 2023, with the expectation of receiving comprehensive flight training. I paid $13,500.00 for the course, which was supposed to cover flight hours, ground instruction, and administrative supplies. By my calculations, I realized only $1,575 of services rendered, leaving a balance of $11,925 in my account with American Aviation Manassas, LLC. However, without warning, the owner closed the school on August 1, 2024, citing medical issues and increasing expenses. There was no further communication or refund offered, leaving me with nothing to show for my investment.

This incident has caused me immense emotional distress. I trusted the school with my future, and having that trust broken has left me feeling betrayed and vulnerable. The stress of losing such a significant amount of money and the uncertainty of how to continue my training has been overwhelming. I have experienced anxiety and sleepless nights, constantly worrying about how this setback will affect my future.

The financial impact of this situation has been devastating. I had saved up to cover the cost of the training, believing it was a worthwhile investment in my future. Now, I am left with a significant loss and no way to recoup the money I lost. Additionally, I now have to seek out alternative flight training programs, which come with their own set of costs, further straining my financial situation.

I had hoped to complete my training and begin enjoying the experience of being a pilot. Now, that may never happen. The loss of both time and money has delayed my progress and made it much more difficult to achieve my goals. I am now uncertain when or if I will be able to fulfill my dream of becoming a pilot.

In conclusion, this experience has had a profound and lasting impact on my life. I feel not only financially hindered but also deeply betrayed by someone I trusted with my future. I hope that through these legal proceedings, justice will be served, and I can find some measure of both restitution and resolution for the harm that has been done.

Respectfully,

*[signature]*

James M. Blaney Jr

BLANEY
9173 STONEGARDEN DR.
LORTON, VA  22079

Honorable Judge Brian F. Kenney
US Bankruptcy Court
200 S. Washington St
Courtroom I
Alexandria, VA  22314

RICHMOND VA RPDC 230
29 AUG 2024 PM 8  L

INSPECTED

RECEIVED
SEP - 3 2024
ALEXANDRIA DIVISION
US BANKRUPTCY COURT

22314-540500