Thida Aung
7480 Birdwood Ave, Apt 321
McLean, VA 22102

September 13th 2024

Honorable Judge Brian F. Kenney
U.S. Bankruptcy Court
200 S. Washington St.
Alexandria, VA 22314



Re: Victim Impact Statement – Case Number 24-11443-BFK

Dear Judge Kenney,

My name is Thida Aung, and I am a former flight school student of American Aviation in Manassas, which was recently closed abruptly. The owner, Kevin Rychlik, has filed for four bankruptcies, including for his three companies and personal account.

On May 16th, 2024, I enrolled in American Aviation, paying $50,000 for the Career Pilot Package, which included a job guarantee upon completion of the Certified Flight Instructor (CFI) program. This payment was made from my life savings with the hope of changing careers at the age of 43. After months of hesitation, I had decided to pursue this long-held dream, planning to complete my pilot's license within two years before I turn to 45, believing that this is my last chance to pursue my career dream.

Two years ago, I quit my previous job and started my own small business. However, the instability of that business was a major factor in my decision to pursue a more stable career in aviation. I invested my savings into this program, trusting Mr. Rychlik's promise of a career opportunity. Not only has the abrupt closure of the school left me without the education or career promised, but my business has also suffered as a result of this financial loss.

What I did not realize at the time was that Mr. Rychlik seemingly had no intention of fulfilling the obligations of the program. It appears that he was fully aware of his inability to provide the education and career opportunities he had promised. Instead, it seems he was engaged in a strategically planned bankruptcy after collecting substantial payments from students like me. I now believe that this was part of an attempt to evade paying back a 3.4 million dollar tax debt to the government, while still taking advantage of vulnerable students who were hoping to invest in their future careers.

On June 13th, Mr. Rychlik approached me for a loan, citing the need to purchase an aircraft. Believing his claims, I lent him an additional $50,000 with a promissory note, hoping that the interest payments from this loan would help cover my living expenses while undergoing flight training. I received only 3.5 hours of flight training before the school was shut down on August 1st, 2024. In total, I gave Mr. Rychlik $100,000 of my life savings, and I have been left with nothing in return. Despite receiving this money, Mr. Rychlik continued to reach out to me, requesting additional loans of $50,000 and $25,000, further demonstrating his deceptive behavior.

I have preserved all communications as evidence. These interactions clearly show that Mr. Rychlik's actions were not those of an unfortunate businessman who simply went bankrupt, but rather those of someone who deliberately collected as much money as possible from students before filing bankruptcy. His actions, in my view, amount to a serious white-collar crime, as they have drastically impacted the lives of students like myself.

I am now facing severe financial hardship. I will likely have to move out of my apartment and find cheaper accommodation, and I have lost my chance to pursue the career I have dreamed of for so long. The emotional toll has been just as devastating, causing me depression, sleepless nights, humiliation, and isolation from my

community. I struggle to understand how this can be allowed to happen under the law.

I respectfully submit this letter to bring awareness to Mr. Rychlik's actions and to seek some form of justice for myself and the other students affected. His deliberate wrongful action has ruined my career aspirations, depleted my financial resources, and has left me in an uncertain and difficult position. I hope that through your judgment, those of us who have been harmed will see some measure of restitution or justice.

Thank you for your time and consideration in this matter.

Sincerely,

Thida Aung
7480 Birdwood Ave, Apt 321
McLean, VA 22102
Phone: 703-869-2117

# PROMISSORY NOTE

Manassas, VA
June 13, 2024
Amount: $50,000.00

After date for value received for the undersigned, (hereinafter referred to as "**Borrower**"), promises to pay to the order of Thida Aung, 7480 Birchwood Ave, Apt 321, McLean, VA 22102 (hereinafter referred to as "**Lender**") or his/her survivors, the principal sum of $50,000.00 with twenty five percent (25%) interest as follows;

Payment; The principal of $50,000.00 will be due on or by June 13, 2025. Interest in the amount of $12,500.00 will be paid monthly in the amount of $1,041.66 each month on or by the 13th of each month beginning July 13, 2024 for 12 consecutive interest payments totaling $12,500.00.

The makers hereof and all endorsers, guarantors and sureties hereby severally waive presentment for payment, demand, protest and notice of protest and nonpayment and do further severally waive the benefit of the Homestead Exemption and all right to exemption for execution as to the debt evidenced by this note. It shall be a default under this note for Borrower to file for relief under the United States Bankruptcy Code between June 13th, 2024 and October 13th, 2025 (90 days after the final payment under this note). Lender's right to the full amount of $62,500 under this note shall survive until the retention of the payment is certain. If default be made in the payment hereof, or in any installment, the makers, endorsers, guarantors and sureties hereby jointly and severally agree to pay the costs and charges for collecting same, including attorney's commission of 15% for collection (said 15% to be entered as part of the costs).

Lender: Thida Aung
7480 Birdwood Ave, 321
McLean, VA 22102.
Phone: 703-869-2117

*[signature]*
06/13/2024

Borrower: Kevin Rychlik
The Rychlik Companies Inc.
13744 Senea Dr. Gainesville, VA 20155
Phone: 571-220-3086

*[signature]*
By: Kevin C. Rychlik, President

*[signature]*
Kevin C. Rychlik, Guarantor

6:44 



Kevin

Fri, Jun 14 at 10:57 AM

Thida, thanks again so much for the last minute help yesterday. I am so grateful. More importantly, I'm excited to work with you on selling some aircraft in the US and overseas.

To note. I am looking for another 50k to pickup a used Cessna 172 I have on hold (note-my 50-100k needed yesterday, the other 50 was for that) to freshen up n sell. It will take approx 3-4 months to do the annual/tepairs and replace about 6k in avionics upgrades. All in, we can make 40-50 k net, maybe more. If you wanna let me use another 50k for that period, I'll do all the work, split the profit with you 50/50 and have you involved in the sale n export.

Let me know. This would be a great start and a Cessna 172 is the most popular and easiest plane to sell n export. In fact we may get more for this plane in the US as there is a shortage.

Thanks a bunch, lmk quick as I was gonna use my other $$ guy and have to pay for this in the next few days.

If this is too soon or not the right time and you pass, no worries, I can get it. But I thought this would be a good first

iMessage

6:44



Kevin

some aircraft in the US and overseas.

To note. I am looking for another 50k to pickup a used Cessna 172 I have on hold (note-my 50-100k needed yesterday, the other 50 was for that) to freshen up n sell. It will take approx 3-4 months to do the annual/tepairs and replace about 6k in avionics upgrades. All in, we can make 40-50 k net, maybe more. If you wanna let me use another 50k for that period, I'll do all the work, split the profit with you 50/50 and have you involved in the sale n export.

Let me know. This would be a great start and a Cessna 172 is the most popular and easiest plane to sell n export. In fact we may get more for this plane in the US as there is a shortage.

Thanks a bunch, lmk quick as I was gonna use my other $$ guy and have to pay for this in the next few days.

If this is too soon or not the right time and you pass, no worries, I can get it. But I thought this would be a good first one as it's easy.

Thanks a bunch. 🙏🙏

Kevin

iMessage

6:45



**Kevin**

> I gotta move on the plane By Monday fyi. No worries if you can t.

*Fri, Jun 14 at 3:50 PM*

> Good afternoon again. So I had some unexpected funds come in not much but I can do half so I'll make you a deal. Are you in a position to wire 25K now and I'll come up with other 25k and I can snag the plane. Lmk

*Mon, Jun 17 at 11:21 AM*

> Still need 25k to make that deal today if anything changes let me know. If not no worries at all. but I'll have to partner this one plane with my another guy to put up the $$$. I'd wait but I'll loose the plane a great opportunity today if I don't.
>
> There will be many more.

> Lmk if you can do the 25k

*Mon, Jun 17 at 12:32 PM*

> Hi Kevin, pls go ahead with another guy. I have a few cars payment lining up and my cash flow would be a bit hassle for a while. Thanks.

> No worries. Thanks for getting back to me.

iMessage

**Kevin**

> Lmk if you can do the 25k

Mon, Jun 17 at 12:32 PM

> Hi Kevin, pls go ahead with another guy. I have a few cars payment lining up and my cash flow would be a bit hassle for a while. Thanks.

> No worries. Thanks for getting back to me.
>
> The deal fyi /
> 50k out/10k repairs-upgrades over 2-3 months then sell at 100-120k. 40-60k net split minimum.

> Have a great day. 🙏🙏😁

Wed, Jun 26 at 1:37 PM

> Good afternoon. Hope you are doing great. I got the l plane purchased and already in refurb.
>
> Got another for 40k . Cessna 152 II. 2 month refurbishment cost 8-10k. Sell n net 30k Lmk if interested.
>
> If not ill
> Move to the other guy
> Lunch in a couple weeks?
> Thanks
> Kevin.